# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MISSOURI
### WESTERN DIVISION

| | | |
|---|---|---|
| **WYATT BURY, LLC, et al.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 4:25-cv-00084-RK** |
| | ) | |
| **CITY OF KANSAS CITY, MISSOURI, et al.,** | ) | |
| | ) | |
| | ) | |
| **Defendants.** | ) | |

## DEFENDANTS' MOTION TO DISMISS

COME NOW Defendants City of Kansas City, Missouri ("City") and Jackson County, Missouri ("County," collectively "Defendants") and respectfully move this Court to dismiss this action with prejudice pursuant to Federal Rule of Civil Procedure 12(b)(6) for the reasons more fully developed in the accompanying suggestions in support of this motion, which are incorporated herein.

WHEREFORE, Defendants respectfully request that this Honorable Court grant their motion and dismiss Plaintiffs' Complaint with prejudice and for all other relief that may be deemed just and proper.

Respectfully submitted,

OFFICE OF THE CITY ATTORNEY

By: _/s/Tara M. Kelly_
Tara M. Kelly, #64624
Mattison Harvey, #73746
2800 City Hall, 414 E. 12th Street
Kansas City, Missouri 64106
Telephone: (816) 513-3117
Facsimile: (816) 513-3133
Email: tara.kelly@kcmo.org
**ATTORNEYS FOR DEFENDANT
CITY OF KANSAS CITY, MISSOURI**

OFFICE OF THE COUNTY COUNSELOR

By: _/s/D. Ryan Taylor_
D. Ryan Taylor, #63284
415 E. 12th Street, Suite 200
Kansas City, Missouri 64106
Telephone: (816) 881-3656
Facsimile: (816) 881-3398
Email: rtaylor@jacksongov.org
**ATTORNEYS FOR DEFENDANT
JACKSON COUNTY, MISSOURI**

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing was sent to all counsel of record through the Court's e-filing system, this 24th day of March, 2025.

/s/ *Tara M. Kelly*
Tara M. Kelly