

CITY OF FOUNTAINS
HEART OF THE NATION

KANSAS CITY
MISSOURI

Office of the City Clerk

25th Floor, City Hall
414 East 12th Street
Kansas City, Missouri 64106

(816) 513-6401
Fax: (816) 513-3353

# CERTIFICATE OF THE CITY CLERK

I, Marilyn Sanders, City Clerk of Kansas City, Missouri, certify the attached is a true and correct copy of:

**Chapter(s):**

**Charter Section(s):** Section 50-234

**Ordinance(s):**

**Other(s):**

The above appears in records and is on file in the Office of the City Clerk, 25th Floor, City Hall, Kansas City, Missouri.

IN TESTIMONY WHEREOF, I have set my hand and affixed the seal of the City on this 21st day of <u>March</u>, <u>2025.</u>

Marilyn Sanders
City Clerk

By: _____
Chief Deputy City Clerk

(c) *Penalty.* Any person found guilty of violating this section shall be punished by imprisonment not to exceed 180 days or by a fine of not less than $250.00 nor more than $1,000.00, or by both such imprisonment and fine.
(Code of Gen. Ords. 1967, § 26.130; Ord. No. 070720, § 1, 7-12-07; Ord. No. 150448, § 1, 6-11-15)

**State law reference**—Similar provisions, RSMo 566.120.

### Sec. 50-233. Hours of employment.

(a) A child under 16 years of age shall not be employed, permitted or suffered to work at any gainful occupation for more than eight hours in any day or more than six days or 40 hours in any week, or before the hour of 7:00 a.m. or after the hour of 10:00 p.m.

(b) During a school term a child under 16 years of age shall not be employed, permitted or suffered to work at any gainful occupation after the hour of 7:00 p.m. on days immediately preceding days when school is in session; except that this subsection does not apply to those children who have been permanently excused from school under the provisions of RSMo ch. 167.
(Code of Gen. Ords. 1967, § 26.131)

**Cross reference**—Licenses and miscellaneous business regulations, ch. 40.

**State law reference**—Similar provisions, RSMo 294.030.

### Sec. 50-234. Conversion therapy of minors prohibited.

(a) *Policy.* The city has a compelling interest in protecting the physical and psychological well-being of minors, including but not limited to lesbian, gay, bisexual, transgender and/or questioning youth, from exposure to the serious harms and risks caused by conversion therapy or reparative therapy by licensed providers. These provisions are exercises of the police power of the city for the public safety, health, and welfare; and its provisions shall be liberally construed to accomplish that purpose.

(b) *Definitions.* As used in this section, the following terms shall have the meaning indicated in this subsection:

(1) *Conversion therapy or reparative therapy* means any practice or treatment that seeks to change an individual's sexual orientation or gender identity, including efforts to change behaviors or gender expressions or to eliminate or reduce sexual or romantic attractions or feelings toward individuals of the same gender. Conversion therapy shall not include counseling that provides support and assistance to a person undergoing gender transition, or counseling that provides acceptance, support and understanding of a person or facilitates a person's coping, social support, and development, including sexual orientation-neutral treatment interventions to prevent or address unlawful conduct or unsafe sexual practices, as long as such counseling does not seek to change sexual orientation or gender identity.

(2) *Gender identity* means the gender-related identity, appearance, expression, behavior or mannerisms or other gender-related characteristics of an individual, with or without regard to the individual's designated sex at birth.

(3) *Minor* means a person less than 18 years old.

(4) *Provider* means any licensed medical or mental health professional including, but not limited to, licensed professional counselors, licensed psychologists, licensed clinical social workers, provisional licensed professional counselors, provisional and temporary licensed psychologists, licensed and provisional licensed marital and family therapists, psychiatrists, certified substance abuse counselors, certified school counselors, behavior analysts and any professional licensed under RSMo chs. 334 and 337.

(5) *Sexual orientation* means the preference or practice of homosexuality, heterosexuality, asexuality, and bisexuality, or some combination thereof, by consenting adults, or as perceived by others, but not including sexual preference or practice between an adult and a minor.

(c) *Prohibited practice.* It shall be unlawful for any provider to provide conversion therapy or reparative therapy to a minor if the provider receives compensation in exchange for such services.

(d) *Penalty.* Any person that violates any provision of this section shall be subject to the civil penalty prescribed in section 1-17 but in no instance shall a violation of this article be punishable by imprisonment.
(Ord. No. 190902, § 1, 11-14-19)

**Sec. 50-235. Sale or distribution of tobacco products, rolling papers, alternative nicotine products or vapor products to those under the age of 21; possession by those under the age of 18.**

(a) *Definitions.* As used in this section the following terms mean:

(1) *Alternative nicotine product* means any non-combustible product containing nicotine that is intended for human consumption whether chewed, absorbed, dissolved, or ingested by any other means. Alternative nicotine product does not include any vapor product, tobacco product or any product regulated as a drug or device by the United States Food and Drug Administration under Chapter V of the Food, Drug, and Cosmetic Act.

(2) *Blunt wrap* means an individual tobacco wrapper, by whatever name known, that is designed to be sold to the public and is made wholly or in part from tobacco, including reconstituted tobacco, whether in the form of a tobacco leaf, sheet, or tube.

(3) *Distribute* means a conveyance to the public by sale, barter, gift or sample.

(4) *Person* means an individual, partnership, co-partnership, firm, company, public or private corporation, association, joint stock company, trust, estate, political subdivision or any agency, board, department or bureau of the state or federal government, or any other legal entity which is recognized by law as the subject of rights and duties.

(5) *Proof of age* means a driver's license or other generally accepted means of identification that contains a picture of the individual and appears on its face to be valid.

(6) *Rolling papers* means paper designed, manufactured, marketed, or sold for use primarily as a wrapping or enclosure for tobacco, which enables a person to roll loose tobacco into a smokable cigarette.

(7) *Sample* means a product distributed to members of the general public at no cost for product promotional purposes.

(8) *Tobacco products* means any substance containing tobacco leaf, including, but not limited to, blunt wraps, cigarettes, cigars, pipe tobacco, snuff, chewing tobacco, or dipping tobacco.

(9) *Under direct supervision* means in the plain vision of an employee or owner of a retail business during regular business hours.

(10) *Vapor product* means any non-combustible product that employs a heating element, power source, electronic circuit, or other electronic, chemical or mechanical means, regardless of shape or size, that can be used to produce vapor from a solution or other form that may or may not contain nicotine. Vapor product includes any electronic cigarette, electronic cigar, electronic cigarillo, electronic pipe, or similar product or device and any vapor cartridge or container of nicotine in a solution or other form that is intended to be used with or in an electronic cigarette, electronic cigar, electronic cigarillo, electronic pipe, or similar product or device. Vapor product does not include any alternative nicotine product or tobacco product.

Case 4:25-cv-00084-RK   Document 20-1   Filed 03/24/25   Page 3 of 3