

# Jackson County Missouri

## General Certification

Jackson County Courthouse
415 E.12th Street, 2nd floor
Kansas City, Missouri
64106
(816)881-3242

---

State of Missouri
County of Jackson

I, Mary Jo Spino, the duly appointed and qualified Clerk of the Legislature of Jackson County, Missouri, do hereby certify that the foregoing is a true and correct copy of:

Ordinance #5731 and Jackson County Code 5575 - Conversion Therapy of Minors Prohibited

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the official seal of Jackson County, at my office in Kansas City, Missouri, this 21st day of March, 2025.

_____
Mary Jo Spino, County Clerk

3/21/2025
Date:



## IN THE COUNTY LEGISLATURE OF JACKSON COUNTY, MISSOURI

**AN ORDINANCE** enacting sections 667. and 5575., <u>Jackson County Code</u>, 1984, relating to a ban on conversion therapy for minors, with a penalty provision.

**ORDINANCE NO. 5731,** April 3, 2023

**INTRODUCED BY** Jalen Anderson and Manuel Abarca IV, County Legislators

WHEREAS, conversion therapy, also known as reparative therapy, ex-gay therapy, or sexual orientation and gender identity change efforts, is a range of discredited practices aimed at changing one's sexual orientation or gender identity; and

WHEREAS, a national community of professionals in education, social work, health, mental health, and counseling, including the American Psychological Association, American Psychiatric Association, American Medical Association, American Academy of Pediatrics, American Academy of Child and Adolescent Psychiatry (AACAP), American Counseling Association, American School Health Association, and the National Association of Social Workers, have determined that there is no scientifically valid evidence that supports the practice of conversion therapy; and

WHEREAS, such professionals have determined that there is no evidence that conversion therapy is effective or that an individual's sexual orientation or gender identity can be changed by conversion therapy; and

WHEREAS, such professionals have also determined that conversion therapy is not only ineffective, but is substantially dangerous to an individual's mental and physical well-being and has also been shown to contribute to depression, self-harm, low self-esteem, family rejection, and suicide; and

WHEREAS, the AACAP finds no evidence to support the application of any "therapeutic intervention" operating under the premise that a specific sexual orientation, gender identity, and/or gender expression is pathological; and,

WHEREAS, based on scientific evidence, the AACAP asserts that such "conversion therapies" (or other interventions imposed with the intent of promoting a particular sexual orientation and/or gender as a preferred outcome) lack scientific credibility and clinical utility; and,

WHEREAS, in contrast, hospitals in Kansas City, Missouri, provide evidence-based therapy or treatment to over 300 children annually, offering physical, mental, and social health services to children and their families as they navigate the process of gender identity development, illustrating the need for responsible, scientifically defensible therapy and treatment services; and,

WHEREAS, minors in Jackson County, including LGBTQ individuals under the age of 18, that seek therapy or treatment to assist them in understanding their individual development of gender identity or their sexual orientation should be free from exposure to the serious harms and risks caused by conversion therapy or reparative therapy; and

WHEREAS, twenty-six states, Washington, DC, and over 100 cities and counties have enacted laws, executive orders, or regulations to ban conversion therapy against minors by licensed medical providers, and many bills have been filed in similar states, including Missouri's Youth Mental Health Preservation Act; and

WHEREAS, the Legislature has a responsibility to protect the health, safety, and welfare of all people in our community, especially the physical and psychological well-being of minors, including LGBTQ youth, and in protecting its minors against exposure to serious harms caused by conversion therapy; now therefore,

BE IT ORDAINED by the County Legislature of Jackson County, Missouri, as follows:

Section A. <u>Enacting Clause</u>. Sections 667. and 5575., <u>Jackson County Code</u>, 1984, are hereby enacted, to read as follows:

## 667. Debarment of Agencies that Employ Persons Convicted of Conversion Therapy

No contract shall be awarded to any public or private outside agency that the County is not legally obligated to fund, if such agency employs any person convicted of conversion therapy of a minor, in violation of section 5575. of this code or any equivalent provision any state law or municipal or county code. This bar shall specifically apply to contracts awarded pursuant to sections 9056. and chapter 93 of this code.

## 5575. Conversion Therapy of Minors Prohibited.

### 5575.1 Definitions.

As used in this section, the following terms shall have the meaning indicated in this subsection:

a.  *Conversion Therapy or Reparative Therapy* means any practice or treatment that seeks to change an individual's sexual orientation or gender identity, including efforts to change behaviors or gender expressions or to eliminate or reduce sexual or romantic attractions or feelings toward individuals of the same gender or any therapeutic intervention imposed with the intent of promoting a particular sexual orientation and/or gender as a preferred outcome. Conversion Therapy shall not include counseling that provides support and assistance to a person undergoing gender transition, or counseling that provides acceptance, support, and understanding of a person or facilitates a person's coping, social support, and identity exploration and development, including sexual orientation-

e.  *Sexual Orientation* is the scientifically accurate term for a person's enduring physical, romantic, and/or emotional attraction to another person. *Sexual Orientations* can include heterosexual (straight), lesbian, gay, bisexual, queer, asexual, and other orientations. *Sexual Orientation* avoids the offensive term "sexual preference," which is used to inaccurately suggest that being gay, lesbian, or bisexual is voluntary and "curable." People need not have had specific sexual experiences to know their own sexual orientations; in fact, they need not have had any sexual experience at all.

5575.2 Prohibition.

It shall be unlawful for any Provider to engage in Conversion Therapy or Reparative Therapy with a Minor.

5575.3 Penalty Provision.

Any person found guilty of a violation of section 5575.2 of this section is subject to punishment pursuant to section 5520. of this chapter, except that no violation of this section shall be punishable by imprisonment.

Effective Date: This ordinance shall be effective immediately upon its signature by the County Executive.

APPROVED AS TO FORM:

_____  _____
Chief Deputy County Counselor       County Counselor

I hereby certify that the attached ordinance, Ordinance No. 5731 introduced on April 3, 2023, was duly passed on April 3, 2023 by the Jackson County Legislature. The votes thereon were as follows:

Yeas  9            Nays  0

Abstaining  0      Absent  0


This Ordinance is hereby transmitted to the County Executive for his signature.

4·3·2023                           _____
Date                               Mary Jo Spino, Clerk of Legislature

I hereby approve the attached Ordinance No. 5731.

4/6/23                             _____
Date                               Frank White, Jr., County Executive

5572. <u>Imitation Drug or Imitation Controlled Substance, Delivery to Any Person, Prohibited</u>.
No person shall deliver any imitation drug or imitation controlled substance to another person. (Ord. 4961, Eff. 04/10/17)

5573. <u>Violation of an *Ex Parte* or Full Order of Protection</u>.

    a. No person shall violate the terms or conditions of an *ex parte* or full order of protection entered by a court of the State of Missouri or of any other state, territory or possession of the United States, the Commonwealth of Puerto Rico or the District of Columbia.

    b. A certified copy of the *ex parte* or full order of protection shall be *prima facie* evidence of the existence and validity of the *ex parte* or full order of protection.

    c. Refusal of the person for whose benefit the *ex parte* or full order of protection was issued to sign a complaint or to testify shall not be a defense to a charged violation of this section. (Ord. 5226, Eff 6/13/2019)

5574. <u>Tampering with a Motor Vehicle</u>.

    No person shall:

    a. Tamper or otherwise improperly interfere with, meddle with, displace, make unwarranted alterations to the existing condition of, or temporarily deprive the owner or possessor of, any motor vehicle, including any automobile, airplane, motorcycle, motorboat, and/or any other motor-propelled vehicle, of another, for the purpose of causing substantial inconvenience to that person or to another.

    b. Unlawfully ride in or upon another's motor vehicle as described in subsection a. of this section. (Ord. 5226, Eff 6/13/2019)

(Transferred from section 5547. by the Revisor pursuant to section 142.4.d of this code.)

5575. <u>Conversion Therapy of Minors Prohibited.</u>

    5575.1 <u>Definitions.</u>
    As used in this section, the following terms shall have the meaning indicated in this subsection:

    a. *Conversion Therapy or Reparative Therapy* means any practice or treatment that seeks to change an individual's sexual orientation or gender identity, including efforts to change behaviors or gender expressions or to eliminate or reduce sexual or romantic attractions or feelings toward individuals of the same

gender or any therapeutic intervention imposed with the intent of promoting a particular sexual orientation and/or gender as a preferred outcome. Conversion Therapy shall not include counseling that provides support and assistance to a person undergoing gender transition, or counseling that provides acceptance, support, and understanding of a person or facilitates a person's coping, social support, and identity exploration and development, including sexual orientation-neutral treatment interventions to prevent or address unlawful conduct or unsafe sexual practices, as long as such counseling does not seek to change an individual's sexual orientation or gender identity.

b. *Gender identity* means the gender-related identity, appearance, expression, behavior or mannerisms or other gender-related characteristics of an individual, with or without regard to the individual's designated sex at birth.

c. *Minor* means a person less than 18 years old.

d. *Provider* means any licensed medical or mental health professional including, but not limited to, licensed professional counselors, licensed psychologists, licensed clinical social workers, provisional licensed professional counselors, provisional and temporary licensed psychologists, licensed and provisional licensed marital and family therapists, psychiatrists, certified substance abuse counselors, certified school counselors, behavior analysts, and any professional licensed under chapters 334 and 337 of the Revised Statutes of Missouri. *Provider* does not mean a parent or grandparent who is a Provider as defined above who is acting substantially in the capacity of a parent or grandparent and not in the capacity of a licensed medical or mental health professional.

e. *Sexual Orientation* is the scientifically accurate term for a person's enduring physical, romantic, and/or emotional attraction to another person. *Sexual Orientations* can include heterosexual (straight), lesbian, gay, bisexual, queer, asexual, and other orientations. *Sexual Orientation* avoids the offensive term "sexual preference," which is used to inaccurately suggest that being gay, lesbian, or bisexual is voluntary and "curable." People need not have had specific sexual experiences to know their own sexual orientations; in fact, they need not have had any sexual experience at all. (Ord. 5731, Eff. 4/6/23)

5575.2 Prohibition.
It shall be unlawful for any Provider to engage in Conversion Therapy or Reparative Therapy with a Minor. (Ord. 5731, Eff. 4/6/23)

5575.3 Penalty Provision.
Any person found guilty of a violation of section 5575.2 of this section is subject to punishment pursuant to section 5520. of this chapter, except that no violation of this section shall be punishable by imprisonment. (Ord. 5731, Eff. 4/6/23)