# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| Wyatt Bury, LLC, Ballpark Investments LLC d/b/a Hope and Healing Counseling, Wyatt Bury, Pamela Eisenreich, and State of Missouri *ex rel.* Missouri Attorney General Andrew Bailey, | Case No. 4:25-cv-00084-RK |
| Plaintiffs, | **Declaration of D. Paul Sullins, Ph.D in Support of Plaintiffs' Reply in Support of their Motion for Preliminary Injunction** |
| v. | |
| City of Kansas City, Missouri and Jackson County, Missouri, | |
| Defendants. | |

I, D. Paul Sullins, Ph.D., hereby declare under penalty of perjury under the laws of the United States that the statements in my expert report attached as Exhibit A hereto are true and accurate to the best of my knowledge and represent my professional opinions.

Dated this 10ᵗʰ day of April, 2025 at Hyattsville, Maryland.

D. Paul Sullins, Ph.D.

# Exhibit A

**Expert Declaration of D. Paul Sullins, Ph.D.**

# Table of Contents

I.    Credentials and Qualifications ................................................................................. 1

II.   Compelling scientific evidence refutes the assertions that same-sex sexual orientation is biologically determined and is immutable. .................................................................. 3

   A.   "Sexual orientation" is not clearly defined. ................................................... 3

   B.   Same-sex orientation is not genetically determined. ....................................... 5

   C.   Same-sex orientation often changes in a heterosexual direction over the life course. ....... 6

   D.   Most nonheterosexual persons report both same-sex and other-sex attractions, leaving room for agency and choice in sexual behavior. ........................................... 8

III.  Current scientific evidence does not support the conclusion that the primary cause of the psychological difficulties of sexual minority persons is so-called "minority stress." .................. 10

   A.   The problem of poor mental health in the LGB population ............................. 10

   B.   The Minority Stress Theory. ........................................................................ 12

   C.   Methodological defects and data limitations. ............................................... 14

      1.   Studies done using non-representative "convenience samples" do not permit conclusions about the general population. ............................................. 14

      2.   Self-reports relating to mental health are known to be unreliable and subject to bias.  18

      3.   "Success exclusion" renders many studies of sexual reorientation therapy statistically meaningless. ...................................................................................... 21

   D.   Explanations for a correlation between LGB identity and poor mental health other than the Minority Stress Theory exist, and have not been excluded. .......................... 22

      1.   Reverse Causation ..................................................................................... 22

      2.   Common Causation ................................................................................... 24

      3.   Confounding Variables ............................................................................. 25

   E.   Important evidence *inconsistent* with the MST exists. .................................... 28

      1.   The mental health of LGB populations is not better in countries that are widely recognized to be more accepting of LGB identities ................................. 28

      2.   The mental health of LGB individuals has not improved across time as society has become vastly more accepting of sexual minorities and alternative sexual lifestyles. ......... 30

      3.   Some studies have failed to find other correlations predicted by the Minority Stress Theory. ....................................................................................... 31

IV.   Current scientific evidence does not support the conclusion that voluntary therapeutic conversations which may lead to change in sexual attraction, behavior, or orientation are harmful to most persons. ............................................................................................ 34

Case 4:25-cv-00084-RK    Document 31-2    Filed 04/14/25    Page 3 of 83

A. Therapeutic approaches to unwanted same-sex attractions or behaviors have changed radically over time.......................................................................................................... 34

B. Advocates of censoring counseling and therapeutic speech misdescribe actual clinical practices and misleadingly invoke obsolete practices.............................................................. 35

    1. The claim that current sexual reorientation therapy assumes that homosexual orientation is a mental disorder is false............................................................................ 35

    2. Dr. Haldeman has elsewhere acknowledged that the arguments presented in his report do not apply to most sexual reorientation therapy today. ...................................... 37

    3. Misleading suggestions that current sexual reorientation therapy employs coercive or aversive techniques are false................................................................................... 38

C. Studies claiming harm from sexual reorientation therapy have improperly excluded participants who do not self-identify as LGB. .......................................................................... 39

D. Multiple studies of current talk therapy that have *not* excluded non-LGB respondents have reported substantial psychological benefit and/or lack of harm from sexual reorientation therapy. .................................................................................................................................. 42

E. Advocates of censoring counseling and psychotherapeutic speech risk harm to patients by ignoring patients' religious convictions and identities. ............................................................. 48

F. Recent studies purportedly showing higher suicide risk after sexual reorientation therapy instead show just the opposite...................................................................................................... 51

V. Research and publication on SOCE has been corrupted by pervasive and explicit ideological bias. 57

A. The social science academy has become a self-policing "tribal moral community" that "distorts and undermines" objective science............................................................................. 58

B. The scope of permissible research has been restricted to serve pre-determined policy goals. ................................................................................................................................. 60

C. The published scientific record is further skewed by censorship at multiple levels......... 61

D. Pronouncements of professional associations, and particularly the APA, represent ideology rather than science..................................................................................................... 65

References...................................................................................................................... 70

iii

## I.    Credentials and Qualifications

1)    I am Associate Professor of Sociology (retired), with current appointment as Research Professor, at the Catholic University of America, with particular expertise in inferential statistics, the sociology of religion, and issues in human sexuality. During my teaching career I taught both basic and advanced statistical research methods at both the graduate and undergraduate level. I have authored or co-authored over 150 peer-reviewed journal articles, book chapters, and applied survey research reports on these and other topics. At Catholic University I am a fellow of the Institute for Policy Research and Director of the Leo Institute for Social Research. I am Member of the Board, Society of Catholic Social Scientists, and past or current member of the American Sociological Association, American Psychological Association, Association for the Sociology of Religion, Mensa, and the Society for the Scientific Study of Religion. I obtained my B.A. in Philosophy and Religious Studies in 1973, a Masters of Divinity in 1981, an M.A. in Sociology in 1995, and a Ph.D. in Sociology in 1998. My full *curriculum vitae* is appended.

2)    Within the last four years, I have provided expert testimony at deposition or trial in two religious discrimination cases in the United Kingdom: *Ngole v. Touchstone Leeds Limited* and *Leger v. Teaching Regulation Agency*.

3)    I have recently authored or co-authored five peer-reviewed scientific research studies on the topic of sexual orientation change:

- "What sexual orientation change efforts change: evidence from a United States sample of 72 exposed men." Cureus 16(9): e68854 (September 07, 2024).

- "Sexual identity-behavior discordant heterosexuals in Britain: findings from the National Survey of Sexual Attitudes and Lifestyles 2010-12 (NATSAL-3)." With Maria Calatrava (lead author) and Steph James. Sexes 2023, 4 (December):601-621.

1

- "Critiques strengthen and improve the original findings: A rejoinder to comments on Sullins (2022)." *Archives of Sexual Behavior* (March 2023): 889-899.

- "Sexual orientation change efforts do not increase suicide: Correcting a false research narrative." *Archives of Sexual Behavior* 51, no. 7 (October 2022): 3377-93.

- "Absence of behavioral harm following non-efficacious sexual orientation change efforts: A retrospective study of United States sexual minority adults 2016-2018." *Frontiers in Psychology* 13:823647 (2022): 1-12.

4)    I have been asked to offer opinions on the strength of the scientific evidence regarding the following three propositions: 1) that sexual orientation is always inherent and immutable; 2) that the psychological difficulties of sexual minority persons are attributable wholly or mainly to social stress and discrimination due to their sexual minority status (the Minority Stress Theory); and 3) that voluntary counseling which may support a change in sexual orientation is necessarily harmful. In brief, my opinions on these questions are that strong, compelling scientific evidence refutes the first proposition (that sexual orientation is always inherent and immutable), and that current scientific evidence does not permit a positive conclusion regarding the remaining two propositions. I have also been asked to offer an opinion on the general state of credibility, objectivity, ideological bias and censorship in the academic literature on these and related questions. My opinion is that the pertinent academic psychological literature has been corrupted by pervasive, extreme and explicit ideological bias. The evidence supporting each of these four opinions is presented in the major sections of the following report.

5)    For purposes of preparing this report, I have reviewed the books and the many peer-reviewed articles listed in the attached bibliography, as well as the Declaration of Douglas Haldeman dated March 21, 2025. Dr. Haldeman asserts as fact that "(1) there is no valid evidence that SOGICE achieves the stated goal; and (2) there is significant and valid evidence that SOGICE can cause serious harm, including depression, anxiety, suicidal ideation, and suicide." (Haldeman 2025, ¶ 7.) As I document in detail in this report, both these statements are

2

false with respect to current therapeutic techniques provided to patients who voluntarily seek

help to change aspects of sexual orientation. In fact, Dr. Haldeman cites strikingly little peer-

reviewed science in support of his mistaken assertions—a total of five papers, each of which I

discuss in some detail later in this Report.

## II. Compelling scientific evidence refutes the assertions that same-sex sexual orientation is biologically determined and is immutable.

6) It is often asserted that same-sex sexual orientation is inherent and immutable in

each person. But such assertions appear to be driven by ideology and advocacy, rather than

science. Empirical research contradicts rather than confirms such claims.

### A. "Sexual orientation" is not clearly defined.

7) At the threshold, it is important to understand that—contrary to the lay

understanding—the concept of sexual orientation is neither simple nor clearly defined. "Sexual

orientation and gender nonconformity are multifaceted concepts, and defining them operationally

can be challenging," states a review panel of prominent sexuality researchers at the National

Academy of Sciences. (Institute of Medicine et al., 2011, p. 3.) In the relevant scientific

literature, "sexual orientation" is generally understood to refer to the complex aggregate of three

psychosocial dimensions: sexual attraction, i.e., whether one desires sex with persons of the

same or other sex as oneself; sexual behavior, i.e., whether one actually has sex with persons of

the same or other sex as oneself; and sexual identity, i.e. whether one calls oneself heterosexual,

homosexual (gay or lesbian), bisexual, or something else. In a prominent review of the state of

measurement in this field, Wolff et al. explain that "sexual minorities" are typically "defined,

respectively, in terms of sexual identity labels such as 'lesbian,' 'gay,' or 'bisexual' (LGB), those

who express attraction to individuals of the same sex or gender, or those who have had any

sexual experiences with same-sex partners regardless of their sexual identity label." (Wolff et al., 2017, p. 508.)

8) Dr. Lisa Diamond, co-editor of the American Psychological Association (APA) Handbook of Sexuality and Psychology, likewise notes in a review that "sexual orientation is not easy to define or measure. .... Different researchers have emphasized different facets, and the facets themselves do not always coincide. …," and emphasizes that "none of the studies reviewed here can claim to have assessed the core construct of sexual orientation, given its inherently multidimensional nature." (Diamond & Rosky, 2016, p. 365.) Wolff et al agree: "The lack of consistent methods for defining and assessing sexual orientation and sexual minority status obstructs an accurate understanding of the populations who experience sexual orientation–related health disparities." (Wolff et al., 2017, p. 508.)

9) Complicating matters further, unlike the heterosexual majority, for most sexual minority persons the three dimensions of sexual orientation are not congruent or integrated in population measures. In their survey of a representative sample of the American population, Laumann et al. (1994) found that, of persons who experienced same-sex orientation on any one of the three dimensions, only 24% of males and 15% of females experienced it on all three dimensions (p. 299). Likewise, the 2010 British survey of National Sexual Attitudes and Lifestyles (NATSAL) revealed that only 26% of nonheterosexual men and 14% of nonheterosexual women reported same-sex orientation on all three dimensions (Geary et al., 2018, p. 9). In sum, about three-fourths of same-sex oriented men and over five-sixths of same-sex oriented women do not experience same-sex orientation on all three dimensions.

10) Dr. Haldeman asserts that "pro-SOCE studies rarely attempt to define what constitutes sexual orientation in the first place." (Haldeman 2025 ¶ 14.) This statement refers to

4

studies prior to 2009 and is not true of more recent studies (Jones, 2011; Pela and Sutton, 2021; Sullins, 2024), but it does exemplify the difficulty of agreeing on a clear definition of the term. Jones (2011) in particular criticizes the APA's "highly problematic" assumption "that a stable consensus exists around a single definition of sexual orientation." (p. 407) Haldeman himself, following the APA, attempts to define sexual orientation as "a multidimensional aspect of human experience" involving attraction, behavior and identity (Haldeman, 2022, p. 5), but concedes that a person's sexual attractions "may or may not be consistent with an individual's sexual expression or behavior." (Haldeman, 2022, p. 4)

11)     The lack of a uniform definition of sexual orientation greatly complicates any attempt to discuss the evidence and science concerning change in sexual orientation. The failure of many researchers and advocates to state what definition they themselves are using exacerbates the problem.

B. Same-sex orientation is not genetically determined.

12)     The search for a specific genetic basis for sexual orientation (a "gay gene") went on for years, and the existence of such a gene has often been asserted with great certainty, almost as a matter of faith. However, despite extensive effort, no one has discovered a reliable genetic or hormonal marker for sexual orientation.

13)     Now, newly available tools of genomic analysis have recently led to a strong and well-accepted conclusion that no such gene exists. In 2019, a team of geneticists at the Massachusetts Institute of Technology (MIT) led by Andrea Ganna examined the genomes of over 475,000 individuals to determine, by direct observation, whether there was any association between particular genes or combinations of genes with self-report of any prior homosexual sexual activity. Rebutting widespread belief, the study concluded that: "there is certainly no single genetic determinant (sometimes referred to as the "gay gene" in the media)" that causes

5

same-sex sexual behavior. (Ganna et al., 2019, p. 6) On the contrary, "the variants involved are numerous and spread across the genome," each increasing a person's *propensity* for same-sex behavior by an extremely small amount. (Sullins, 2019.) All of a person's variants "together explain only part [32%, they found (p. 2)] of the genetic heritability at the population level and do not allow meaningful prediction of an individual's sexual preference." (p. 6.) The point is that genetic factors may marginally increase an individual's propensity to engage in same-sex behaviors, but no gene or combination of genes dictates or foreordains that an individual will engage in same-sex behavior. The same is also true, they concluded, of same-sex attraction and identity. (Ganna et al., 2021, p. 1.) By contrast, Ganna et al. "found several personality traits (loneliness and openness to experience), risky behaviors (smoking and cannabis use) and mental health disorders, but not physical [i.e. genetic] traits, to be significantly correlated with same-sex sexual behavior." (Ganna et al., 2019, p. 4-5.)

C. <u>Same-sex orientation often changes in a heterosexual direction over the life course.</u>

14) Empirically, it is false that same-sex orientation (whether in terms of attraction, behavior, or identification) is universally static and immutable.

15) From a review of the evidence on this question, Professor Lisa Diamond, a widely published researcher in the area of sexual orientation and expression, with co-author Clifford Rosky concludes that studies "unequivocally demonstrate that same-sex and other-sex attractions *do* change over time in some individuals. The degree of change is difficult to reliably estimate, given differences in study measures, but the occurrence of change is indisputable." (Diamond & Rosky, 2016, p. 368-69 (emphasis in original).) They state further that "arguments based on the immutability of sexual orientation are unscientific, given that scientific research does not indicate that sexual orientation is uniformly biologically determined at birth or that patterns of same-sex and other-sex attraction remain fixed over the life course." (p. 364.)

6

16)     Self-identification as non-heterosexual is strikingly impermanent in the case of teens and young adults, with a large proportion of those who initially self-identify as other than exclusively heterosexual coming to identify as "completely" or "100%" heterosexual within a few years.

17)     Diamond and Rosky (2016) summarized the results of the Ott et al. (2011) analysis of over 13,000 young adults in the Growing Up Today Study (GUTS) as follows: "Of the 7.5% of men and 8.7% of women who chose a nonheterosexual descriptor at ages 18 to 21, 43% of the men and 46% of the women chose a different category by age 23. Among the same-sex-attracted youth who changed, 57% of the men's changes and 62% of the women's changes involved switching to completely heterosexual." (p. 369-70.)

18)     These authors also summarized results reported by Savin-Williams et al. (2012) from the National Longitudinal Survey of Adolescent to Adult Health (Add Health) (available at https://addhealth.cpc.unc.edu/) with over 20,000 cases this way: "[R]espondents were asked to describe themselves as 100% heterosexual, Mostly heterosexual, Bisexual, Mostly homosexual, or 100% homosexual. Of the 5.7% of men and 13.7% of women who chose one of the nonheterosexual descriptors at [age 22 on average], 43% of the men and 50% of the women chose a different sexual orientation category six years later. Of those who changed, two-thirds changed to the category 100% heterosexual." (p. 369.)

19)     The reviewed studies just noted are not based on retrospective recall of earlier states but employed true longitudinal time series measures of the same individuals at different ages. They thus present the best available objective scientific evidence for observing valid change in individuals over time. This strong evidence is what justifies the definitive, strongly-

7

worded conclusions from prominent researcher Diamond, quoted above, that sexual orientation change is "indisputable" and the claim that sexual orientation is immutable is "unscientific."

20)     In addition to the high rate of incongruity already noted, the British National Survey of Sexual Attitudes and Lifestyles (NATSAL) survey included retrospective measures of sexual behavior which indicate high rates of probable desistance from non-heterosexual orientation or identification. Silva and Fetner (2022) et al. observed from the NATSAL dataset that "a majority of people in the UK who have ever had same-sex experiences identify as heterosexual." (p. 159.) Calatrava et al. (2023) found that the proportion of heterosexual-identified persons who reported substantial past same-sex behavior but none currently—a population group they termed "Desisters"—was, in raw numbers, 43% as large as currently-identified homosexual women and 34% as large as currently identified homosexual men. (p. 609, Table 2.) Thus, the number of persons who have changed from at least some homosexual behavior to solely heterosexual sex behavior, with or without the support of counseling, is substantial.

D. Most nonheterosexual persons report both same-sex and other-sex attractions, leaving room for agency and choice in sexual behavior.

21)     Arguments concerning counseling and the possibility of "change" in gender identity are often framed as though sexual orientation were a binary and a fixed-sum construct within which "change" would necessarily require turning off desires that the individual experiences and turning on desires that the individual does not experience. Empirically, this is very far from the truth. Instead, among those classed as nonheterosexual—that is, all those who are not *exclusively* heterosexual—a sizeable majority of men and almost all women report experiencing some heterosexual attractions.

22) For example, one finding of the survey conducted as part of Ganna et al.'s (2019) genome study is that "[i]ndividuals can be high on both same-sex and opposite-sex behavior or attraction (some bisexual individuals), and individuals can be low on both (asexual)." (Ganna et al., 2021, p. 2.) Even using the Kinsey scale, which ranges from exclusively heterosexual to exclusively homosexual and thus enforces the fixed-sum concept that more homosexual attraction must mean less heterosexual attraction, the large majority of nonheterosexual persons report something less than exclusive homosexual attraction or behavior. In a study on a related topic, Savin-Williams (2013) reports the Kinsey scale results for a large number of population surveys (pp. 62-66, Table 1). From these reports it can be computed that the percentage of respondents not identified as heterosexual who nevertheless reported mixed sexual attractions in these surveys was, by sex:

- National Health and Social Life Survey (USA age 18-59): men 61%, women 93%;

- National Survey of Sexual Attitudes and Lifestyles (UK age 16-44): men 88%, women 98%;

- Add Health Wave 4 (USA ages 24-33): men 72%, women 95%;

- National Survey of Family Growth 2006-2008 (USA ages 18-44): men 80%, women 95%;

- Dunedin Multidisciplinary Health and Development Study (DMHDS: current sexual attraction) (New Zealand age 26): men 77%, women 95%.

23) This fact has implications for understanding sexual orientation change, again keeping in mind the widely accepted three-axis nature of sexual orientation. The point is that some individuals may "change" their lived sexual orientation not by working a change in their sexual attractions, but rather by choosing to act on and build their relationships around one

9

among their mixed sexual attractions (whether heterosexual or same-sex), and/or by choosing to identify socially and to themselves based on one among their mixed sexual attractions. And, even as to attractions, "change" for many individuals need not imply a complete reversal, but rather change from one mix or intensity of attractions to both sexes to a different balance or mix of attractions to both sexes. Thus, "sexual orientation change" may not consist in a radical re-orientation but in more measured, incremental change.

## III. Current scientific evidence does not support the conclusion that the primary cause of the psychological difficulties of sexual minority persons is so-called "minority stress."

A. The problem of poor mental health in the LGB population.

24)     From 1973, when homosexuality was declassified as a pathology, through the 1990s, the consensus among psychological scholars was that "research evidence has conclusively shown that homosexuals did not have abnormally elevated psychiatric symptomatology compared with heterosexuals." (Meyer, 2003, p. 683.)

25)     However, this "conclusive" finding was heavily discredited beginning in 1999 by two methodologically strong studies—a long-term longitudinal study and a twin study—published in the journal *Archives of General Psychiatry* which presented evidence that LGB persons were "at a substantially higher risk for some forms of emotional problems, including suicidality, major depression, and anxiety disorder." (Bailey, 1999, p. 883, cited by Meyer, 2003; see also Fergusson et al., 1999; Herrell et al., 1999.) The existence of broadly worse mental health among the LGB population continues to be generally accepted to the present: "Research has repeatedly found mental health disparities between lesbian, gay, and bisexual (LGB) and heterosexual people, with LGB people showing higher rates of mood and anxiety disorders and more substance use and suicide attempts than heterosexual people."(Kiekens et al., 2021, p. 407.)

10

26) Suicidality and suicide attempts are rightly of particular concern and have been the subject of several major studies. A panel of twenty-six prominent suicidality research scientists led by Ann Haas reviewed multiple studies of suicide and suicide risk in LGBT populations. They found "strong indications of elevated risk of suicidal behavior in lesbian, gay, bisexual, and transgender people." (Haas et al., 2011, p. 12.) The panel summarized the findings of selected component studies as follows:

a) Fergusson et al. (1999). This high-quality longitudinal study "found that elevated rates of reported suicide attempts in youth who identified as LGB were associated with significantly higher rates of depression, generalized anxiety disorder and conduct disorder than were observed among heterosexual youth. LGB youth were also six times more likely to have multiple disorders." (Haas, 2011, p. 20.)

b) Summarizing the results of six large population studies: "Since the early 1990s, population-based surveys of U.S. adolescents that have included questions about sexual orientation have consistently found rates of reported suicide attempts to be two to seven times higher in high school students who identify as LGB, compared to those who describe themselves as heterosexual." (Haas, 2011, p.17.)

c) "A similar finding emerged from the population-based Vietnam Era Twin Registry, consisting of 4,774 male-male identical or fraternal twin pairs born between 1939 and 1957 (citing Herrell et al., 1999). This study found that middle-aged men who reported any male sex partners after age 18 were six times more likely to have made a lifetime suicide attempt than were their male twins who reported only opposite-sex sexual behavior. Among U.S. urban gay and bisexual men, about 12% reported making a

11

lifetime suicide attempt, about three times the rate among American adult males overall (citing Paul et al., 2002)." (Haas, 2011, p. 18.)

27)     Haas et al. (2011) also summarized findings that "in the [sexual minority] population as a whole, mental disorders constitute the single largest risk factor for suicidal behavior," (p. 20), and that "[e]levated rates of mental disorders, including substance use disorders, have also been reported in one-quarter to one-third of LGB adult respondents in large-scale health surveys that have defined sexual orientation based on self-identity [citing 7 studies] or gender of sexual partners [citing 2 studies]." (p. 20.)

28)     Confronted with evidence of higher incidence of mental health disorders among the LGB population, the obvious and important question is "Why?"

B. The Minority Stress Theory.

29)     One possible answer is given by the Minority Stress Theory or Hypothesis ("MST"). That theory, set forth most influentially by Dr. Ilan Meyer (Meyer 1995; Meyer 2003), has recently been summarized as follows: "The foundation of minority stress theory lies in the hypothesis that sexual minority health disparities are produced by excess exposure to social stress faced by sexual minority populations due to their stigmatized social status (relative to heterosexual populations)." (Frost & Meyer, 2023, p. 1.) In his influential 2003 article, psychologist Ilan Meyer proposed that excess "stigma, prejudice and discrimination create a hostile and stressful social environment" that puts "LGB people … at risk for excess mental distress and disorders." (Meyer, 2003, p. 674.) On this theory, disapproval of sexual minority status through discrimination and stigma are not merely unpleasant experiences that may cause temporary upset, anger or resentment and/or result in social or economic disparities, but are also the primary objective causes of long-term psychological disorders in the LGB population that are not evident to a similar extent in the heterosexual population which is not subject to comparable

12

stressors. The theory hypothesizes that although LGB persons can enhance or diminish the effect by internalizing or resisting the stigma, the producers of the social environment are primarily responsible for any relative deficiencies in LGB mental health. In this way "[t]he minority stress perspective, which views social conditions as the source of morbidity and distress for minority persons, advances an ideological agenda that promotes social change toward a more egalitarian society." (Meyer, 1995, p. 52.)

30)      Perhaps for those ideological reasons, the MST was rapidly accepted as a working hypothesis—or even assumed to be true—by psychologists and social scientists. Specifically, the MST framework is the foundation of much of the research literature critical of therapies open to change in sexual orientation (which refers to them as "SOCE", for "sexual orientation change efforts") which sees "minority stress theory [as] a useful framework when explaining the harmful impact of SOCE on mental health among LGB individuals." (Lee et al., 2021, p. 429.) For example, Hendricks (2022) argues: "SOCE and GICE [referring to gender identity change efforts], because they aim to change the individual's sexual orientation or gender identity—essential aspects of identity—are inherently disaffirming of the individual's identity and, thereby, the individual." SOCE and GICE also "deprive those who undergo [them] of affirmation of the self and support of a community that potentially enhances their resilience and sense of well-being." (p. 72-73.)

31)      However, as I detail below, the Minority Stress Theory remains what its name implies—an unproven theory. Indeed, few empirical efforts have been made to test whether MST can explain real-world population data, and some of the few studies that have attempted to test the validity of MST have found that it does *not* fit the data. Meanwhile, alternative explanations

for the relatively poor mental health of the LGB population do exist, have not been disproven, and indeed remain largely untested and unexplored.

C. Methodological defects and data limitations.

32)    I note at the outset that any attempt to draw firm conclusions in this area is undermined, and perhaps rendered impossible, by widespread and serious methodological weaknesses in many of the leading studies. Before commenting on specific literature, I explain these limitations.

1.    Studies done using non-representative "convenience samples" do not permit conclusions about the general population.

33)    A population representative sample, in which each person in the population has an equal chance of being in the sample, is a statistical necessity for drawing valid conclusions about any population. This is usually accomplished by some form of rigorous random selection, for example randomly selecting, from the complete database of U.S. phone numbers, ten thousand numbers to call for interviews.

34)    However, recruiting a representative sample is time-consuming and expensive. Accordingly, many preliminary studies in the social sciences are done using "convenience samples." A convenience sample is any sample recruited in a manner that does not ensure that the sample is statistically representative of the larger population of interest. Consequently, it is well recognized that a study done using a convenience sample can only tell us something about the persons in the sample, but not about any larger population. A convenience sample study can raise questions and possibilities; it cannot give valid answers.

35)    Unfortunately, the overwhelming majority of studies in the SOCE literature are based on nonrepresentative convenience samples recruited from gay-themed publications, websites or gatherings, or from opt-in online surveys publicized through such channels. Samples

14

recruited in this way cannot be representative of the general population. More, they are necessarily weighted towards those individuals who not only actively identify themselves as LGB at the time of the survey, but have a personality and priorities such that they choose to spend time reading such websites or attending such gatherings. The prominent sexuality scholar Ritch Savin-Williams of Cornell University criticizes this problem in research on sexual minorities: "The importance of recruiting a representative sample of nonheterosexuals, as well as the costs (i.e., skewed findings and lack of generalizability) of failing to do so, is usually conceded in individual studies. Thereafter, however, these limitations are minimized or summarily dismissed. Yet it greatly matters how sexual orientation is defined and where participants are obtained. For example, a common strategy for recruiting nonheterosexuals is to mine gay organizations, websites, conferences, resource centers, and pride marches, *venues most sexual minorities do not frequent*." (Savin-Williams, 2016, p. 38 (emphasis added).)

36)     It is not possible to assume that individuals who do spend time on such websites are representative of the broader population of individuals who do experience or at any time have experienced non-heterosexual "sexual orientation" along any of the three generally accepted axes that I have explained above. On the contrary, it seems almost certain that samples recruited in this way are *not* representative of that wider population, excluding as it does those who—despite experiencing some aspect of non-heterosexuality—have never identified as "LGB" or no longer identify as LGB, as well as those who choose to live their lives without spending their time on dedicated LGB channels of communication.

37)     Further highlighting the fact that a study sample recruited through gay-themed publications, websites or gatherings will be radically non-representative of the population that chooses to engage in voluntary change-oriented therapy, Karten and Wade (2010) found that

among a sample of 117 men who had participated in sexual reorientation efforts, 42% were heterosexually married, and 43% had children (p. 87), and these men experienced significantly more change in sexual feelings and behavior than did unmarried men in the sample (p. 93-94), even though members of both these subsets were on average "highly intrinsically religious" (p. 92). Karten and Wade noted that the married subset likely experienced differing motivations and support than did unmarried men: "in contrast to single men, [married men] may be more invested in making changes in their sexual behavior because they stand to risk a life-mate, and even family, if they fail at SOCE. They may also benefit from the support of a loving marital relationship." (p. 86.) *A fortiori*, it is not possible to extrapolate from a sample recruited through LGB-activist organizations or websites the motivations and experiences of married, religiously motivated men who choose to pursue sexual reorientation efforts.

38)     Karten and Wade (2010) flag another stark and almost certainly important difference between the population that chooses to participate in change-oriented therapy and convenience samples recruited through LGB channels, or even the broader sexual minority population — that is, a radical difference in religious identification and motivation. Empirically, the vast majority of patients seeking SOCE therapy do so in the context of strong religious practice and convictions. In my study of 72 SOCE participants, 83% reported attending religious services weekly or more often (25% reported attending several times a week) and only 3% reported attending rarely or never. (Sullins, 2024, p. 5) By contrast, in the Generations Study's population sample of LGB-identified sexual minorities, only 9% reported at least weekly religious service attendance and 69% reported attending seldom or never. (Meyer, 2020, p. 324.) By these measures, SOCE participants are far more religious, but the general sexual minority population is far less religious, than the general American population, of whom 31% reported

16

attending religious services at least weekly and 34% seldom or never in 2018/2019. (Pew Research Center, 2019, p. 12.)

39)     A sample limited to those who identify as LGB is thus highly prone to bias, and will almost certainly misrepresent the true characteristics of sexual minority persons in general. (Andrade, 2021.) A sample drawn only from activist and gay-affirmative sources cannot give us an accurate picture of the mental health of sexual minority persons more generally, any more than a sample drawn from Bible study participants could give us an accurate picture of how religious most Americans are.

40)     A rigorous random sample provides much more valuable information than a convenience sample, but also requires much more time and expense, so studies based on them are less frequently done. To date there has been only one survey of the sexual minority population that has drawn a comprehensive random sample, the Generations Survey administered by the Williams Institute, a research institute at the University of California, Los Angeles, Law School that advocates for LGBT rights, with a grant from the National Institutes for Health. (Meyer, 2020.) The final usable sample of 1,518 sexual minority respondents required randomly phoning over 360,000 U.S. residents over the course of a year, obtaining close to 200 high quality validated measurements of their characteristics, experiences and opinions. The result is the most accurate comprehensive information available on the U.S. sexual minority population to date.

41)     The fact that convenience samples give biased and inaccurate results is not a merely theoretical criticism. Instead, it has been concretely observed in studies relating to sexual orientation, where evidence from convenience samples of self-identified and self-selected gay populations has often differed substantially from that derived from population-representative

17

data that include sexual minority persons. The latter has tended to find higher psychopathology but less unique stigma or discrimination among sexual minorities, thus providing less support for MST. Kuyper et al. (2016), for example, comparing "a convenience sample recruited at LGB venues" (p. 683) with a general population sample of LGB persons in the Netherlands, reported that the convenience sample "had lower levels of internalized homonegativity," but "encountered more negative social reactions on their LGB status." (p. 683.) Cochran and Mays (2006) argued that the use of "national health data sets to study issues related to psychiatric morbidity among lesbians and gay men" "avoids common sources of sampling bias that plague volunteer-based surveys … dependent on participation in the visible gay and lesbian community." (p. 147.) Using national data, they and others have consistently found higher psychopathology in the U.S. sexual minority population than reported from convenience samples. For example, using the National Household Survey of Drug Abuse, a large population-representative dataset, they reported a higher risk of major depression among homosexual men and alcohol abuse among homosexual women, after noting that earlier studies which "relied on convenience samples drawn from the visible lesbian and gay community" had found "no increased risk [of psychopathology] in comparison with heterosexuals." (Cochran & Mays, 2000b, p. 516.)

> 2. <u>Self-reports relating to mental health are known to be unreliable and subject to bias.</u>

42)     Studies of minority stress rely on individual self-reports, a method which is well known to be subject to several kinds of bias that may render the findings unreliable. (Stone et al., 1999.) Perhaps the best known source of bias is social desirability bias, in which "research participants respond in a way that makes them look as good as possible. Thus, they tend to underreport behaviors deemed undesirable by researchers … and they tend to overreport behavior viewed as desirable." (Donaldson et al., 2000, p. 587.) There is reason to be concerned

that among the community that actively frequents LGB websites, a narrative that emphasizes both societal discrimination and LGB mental health suffering is favored, and that such a narrative may bias self-reports. However, to my knowledge no study has attempted to detect the effects of such bias, if any.

43)    The most common source of bias, however, is long-term forgetting, which is the tendency for reports of past experiences to be less accurately reported the longer they are distant in time. (Bradburn et al., 1987.) This pervasive cognitive bias most strongly affects reports of long-ago or time-unspecified experiences, such as reports of childhood abuse or "lifetime" discrimination that are common in MST research. Sensitive issues such as those relating to sexuality, sexual attraction, and sexual experiences, or to reports of mental health, are also subject to desires for concealment or, sometimes, exaggeration.

44)    Dr. Haldeman admits that studies that rely on "self-report" and "a subject's retrospective analysis" (i.e., memory) of his therapy experience are "vulnerable to response bias" including a bias towards giving responses that will be approved by the subject's community. (Haldeman 2025 ¶ 15.) In fact, the studies most often pointed to as evidence of *harm* from SOCE consistently rely on "self-reports" and the subject's memory of past events, feelings, and mental states. By contrast, I discuss later in this report two prospective, longitudinal studies of participants in change-allowing therapy which relied on well-recognized metrics of psychological well-being rather than vague self-report, and found benefit rather than harm. (Jones & Yarhouse 2011; Pela & Sutton 2021.)

45)    Self-report bias compounds when the correlation between self-reported measures are computed, such as when recalled discrimination and reported mental health problems are observed in MST research. As a widely cited study of the psychological literature explains, "if

the measures of Construct A [for example, discrimination or stigma] and the measures of Construct B [for example, mental health problems] also share common methods [for example, they are both self-reported], those methods may exert a systematic effect on the observed correlation between the measures." (Podsakoff et al., 2003, p. 879.) This common method variance "pose[s] a rival explanation for the correlation observed between the measures" and thus "can have a serious confounding influence on empirical results, yielding potentially misleading conclusions." (p. 879.) Podsakoff et al. demonstrated that combined systematic error bias can make two entirely uncorrelated self-report measures appear to be significantly correlated. What the correlation actually reflects, in other words, is not the real-world realities the measures attempt to reflect, but the common error in the two measures. Five systematic reviews of the social science literature "found that, on average, the amount of variance accounted for when common method variance was present was approximately 35%." (p. 880.) On this estimate, about a third of the correlations reported in MST research using only self-reports could be a phantom due to common method error. Well-known methods to correct for self-report response bias and common method bias exist (Campbell & Fiske, 1959; Donaldson et al., 2000), but MST research has not yet applied such corrective measures.

46)     Herek, a strong MST proponent, acknowledged (Herek, 2009) that "persons with high levels of felt stigma may have a heightened sensitivity to the occurrence of stigma enactments and consequently may be more likely than others to attribute ambiguous incidents to stigma." (p. 70.)

47)     Relevant to MST, there has been specific and recurrent concern that some sexual minority populations, particularly homosexual men, may overstate some indicators of psychological distress, particularly suicidal behavior. For example, a study finding elevated

suicide risk among homosexual men on the National Health and Nutrition Examination Survey (NHANES), a large population representative survey administered by the Centers for Disease Control (CDC), concluded by suggesting that "the differences observed may result from widely disparate factors" which may include stigma or discrimination but also may be due to "differences in response bias in which there is possibly a lower threshold among homosexual men for reporting negative psychological symptoms." (Cochran & Mays, 2000a, p. 577.) Balsam et al. (2005), reporting the counter-intuitive finding that "[s]exual orientation was unrelated to current psychological distress, psychiatric hospitalizations, and self-esteem," but did predict higher self-reported suicidality (p. 471), likewise suggested that "the possibility that cultural factors might impact self-reports of mental health problems should be explored." (p. 474.)

48)    One well-crafted methodological study (Savin-Williams, 2001) found that sexual minority youth over-reported suicide attempts by over 100%, suggesting that "some [sexual minority] youths may come to subscribe to a 'suffering suicidal' script, a myth stating that suicide is a rite of passage for being young and gay." (p. 989.) Whatever the reason, findings such as these suggest that, particularly with regard to suicidality, the differential distress reported by sexual minority persons may be a phantom of differential reporting, not real-world facts.

       3.    "Success exclusion" renders many studies of sexual reorientation therapy statistically meaningless.

49)    Where the question to be answered concerns the efficacy, benefits, and/or harms of sexual reorientation therapy, convenience samples recruited through LGB community communications channels are particularly ill-suited to the question. First, those whose beliefs or preferences might lead them to voluntarily seek professional assistance to achieve desired change in sexual behaviors, relationships, or attractions—that is, precisely the population relevant to understanding the impact of voluntary sexual reorientation therapy—are particularly *unlikely* to

21

frequent such communications channels. For example, a recent review combining the results of 73 studies (Lefevor et al., 2021) concluded: "Our results suggest that sexual minorities who access [community centers, LGBTQ bars/clubs, and Pride events]—or at least those who are surveyed from these venues—are much less likely to report a positive relationship between [religion/spirituality] and health." (p. 658.) Second, even if they frequented such channels in the past, those who engaged in sexual reorientation therapy in the past and for whom it was a positive experience, and who feel that therapy that was open to change in sexual orientation provided some help towards their personal goals for their behavior and self-identity, are particularly unlikely to *currently* be frequenting LGB community communications channels. (Phelan, 2022; Rosik et al., 2023.) As a result, surveying only current participants in LGB communications channels to measure the efficacy, benefits, and harms of sexual reorientation therapy is like bar-hopping to recruit participants in a survey to evaluate the efficacy, benefits and harms of a sobriety program.

D. Explanations for a correlation between LGB identity and poor mental health other than the Minority Stress Theory exist, and have not been excluded.

50) After showing that a hypothesized cause is correlated with an outcome, to prove its case a social science theory must then empirically exclude other possible causes, or else the hypothesized cause remains an unproven theory. Even if an unbiased correlation between LGB identity and poor mental health were established by statistically valid methods, there exist multiple potential explanations for such a correlation.

1. Reverse Causation

51) Hypothetically, aspects of personal relationships and lifestyle associated on average with LGB identity might be less conducive to mental health. To illustrate the point with a less politically charged example, it is well documented that, other things equal, unmarried

heterosexual adults have significantly worse mental health on average than heterosexual adults in stable first marriages. (Waite & Gallagher, 2002; Umberson et al., 2013.) Possibly, less mentally healthy individuals are less likely to get married and stay married. Possibly, living in a stable marriage relationship on average results in better mental health. We could not decide between those two hypotheses without more complex and careful studies. In either case, to note the possible causal relationship is not to make any moral statement about marriage or singleness at all.

52) Scholars in the field have flagged the problem that such "reverse causation" could be the true explanation for reported poor mental health that MST advocates unjustifiably assert is caused by sexual orientation discrimination. In one of the first assessments in the LGB population of the proposal that stress may cause mental health problems, Mays and Cochran (2001) cautioned that "Psychiatric morbidity may, in fact, generate a tendency to perceive higher levels of discrimination or may disrupt social functioning, resulting in more negative experiences." (p. 1874.) Frisell et al. (2010) similarly noted: "However, the causal direction of this [MST] association is not clear" because "mental disorder may increase the actual risk of suffering discrimination and victimization but also the likelihood of recalling and reporting of such." (p. 320.) By 2016 Kenneth Zucker, editor of the eminent journal *Archives of Sexual Behavior*, observed that MST had still not resolved the theory's central theoretical problem: that "direction of effect cannot be conclusively determined (i.e., whether prejudice and discrimination lead to a greater likelihood of developing mental health problems, or whether mental health problems lead to a greater likelihood of experiencing—or perceiving—prejudice and discrimination)." (Zucker et al., 2016, p. 230.)

53) Similarly, Liu and Alloy (2010) explain with regard to depression, "… depression-prone individuals are not simply passive respondents to stressful events in their lives, but active agents in the creation of depressogenic life stressors." (p. 583.)

54) In plain English, what these researchers are saying is that individuals who suffer from poor mental health may have a higher tendency to *cause* negative social interactions or—even where no such negative interaction actually occurred—to review social interactions looking for, and to obsess over, perceived slights and criticisms in interactions in which healthy individuals would perceive no slight or stigma at all. Thus, the poor mental health causes the reality or perception of discriminatory or hostile experiences, rather than the reverse.

55) In light of these continuing and unanswered uncertainties, in 2019 the prominent sex researcher Michael Bailey published an editorial calling for reconsideration of MST on the grounds that research studies thus far had not been able to eliminate the possibility that "the increased prevalence of mental health problems in nonheterosexual persons is, at least in part, the cause, rather than the effect, of increased self-reported experiences of stigmatization, prejudice, and discrimination." (Bailey, 2019, p. 2265.)

2. Common Causation

56) Possibly, non-heterosexual orientation and poor mental health do not have a causal relationship with the other in *either* direction, but both are correlated to some third causal factor. In the abstract, such a factor could, for example, be social, familial, or personality traits. To illustrate, Ganna et al. (2019) found "loneliness [and] risky behaviors . . . to be significantly correlated to same-sex sexual behavior," while "family-based heritability" of same-sex sexual behavior was larger than accounted for by all genetic contributors combined. (p. 4-5.) Thus, Ganna's data leave open the possibility that it might be that family dynamic factors and/or loneliness contribute to both non-heterosexual orientation (on one or more axes) and poor mental

24

health, resulting in *correlation* between those outcomes without *causation* between them in either direction.

### 3. Confounding Variables

57) Where studies are not carefully designed, it is possible that a reported correlation between reported sexual orientation discrimination and poor mental health is spurious, being in fact the result of some other variable not controlled for. This problem of confounding variables and spurious observations of correlation has in fact been discovered repeatedly with respect to studies attempting to measure the impact of sexual orientation discrimination. Of course, if there is no correlation between sexual orientation discrimination and poor mental health, then there is not even any question of causality to be answered.

58) McCabe et al. (2010) "examined the associations between 3 types of discrimination (sexual orientation, race, and gender) and substance use disorders" (p. 1946) using the National Epidemiologic Survey on Alcohol and Related Conditions (NESARC), a large population-representative dataset which included "the largest US national probability sample of LGB-identified adults" (p. 1950) to that date. The authors found that while race discrimination and a combination of race and sexual orientation discrimination were associated with substance use disorders, their analysis yielded the "unexpected result … that there was no statistically significant relationship between substance use disorders and sexual orientation discrimination alone …" (p. 1950.) In this strong representative data, which was sensitive to the effect of other kinds of discrimination, there was no evidence of the negative effect of sexual orientation stress on mental health that is predicted by MST. The authors commented: "Given the putative relationships among discrimination, stress, substance use, and mental health disorders posited in the minority stress model, this finding was surprising." (p. 1950.)

25

59)     A later study (Bostwick et al., 2014) also used NESARC's large sexual minority sample to examine the association of discrimination by race, gender and sexual orientation on past year mental health disorders. Like McCabe et al. (2010), they found that sexual minority persons who had experienced both racial and sexual orientation discrimination were prone to higher mental health disorders, but that, contrary to MST predictions, "sexual orientation discrimination alone was not associated with higher odds of a mental health disorder." (p. 8.) The authors also reported: "Within the context of the minority stress model, one might expect those with the worst mental health outcomes—i.e., bisexual groups—to correspondingly report the highest prevalence of discrimination. However, in the current study, the bisexual group was significantly *less* likely than lesbian and gay counterparts to report any discriminatory experiences." (p. 9.)

60)     Frisell et al. (2010), examining depression and ADHD in over 17,000 adult twins in Sweden, found that there was a correlation of these disorders with discrimination and victimization when those variables were considered alone. But when they also included genetic and early family influences in the prediction model, the effect of discrimination or victimization vanished: "genetic and/or environmental familial factors explained most or all of the increased current depression and ADHD symptoms among individuals with any same-sex sexual partner, independent of the adjustment for perceived discrimination or hate crime victimization." (pp. 320-321.) In other words, despite the correlation, careful analysis that took into account other potential causes found that the elevated levels of depression and ADHD could not be attributed to discrimination or victimization at all.

61)     I discuss above that while genes do not determine same-sex sexual orientation, they do correlate to about a third of the variation in same-sex sexual behavior. What if these

same genetic components also correlate with greater affinity for some psychological disorders? This would introduce a confounding variable that presents a special challenge to MST, since an individual's genetic structure, formed before birth, cannot possibly be the result of later social stress. The same is true, to a slightly lesser extent, of early childhood experiences such as sexual abuse or family instability. Zietsch et al. (2012) explored the possible influence of genes and early family environment on an observed correlation between LGB identification and depression using a methodologically strong classic twin study in a population-representative sample (that is, not a convenience sample) of LGB persons. The authors found that "genetic factors accounted for a majority (60%) of the correlation between sexual orientation and depression. In addition, childhood sexual abuse and risky family environment were also separately significant predictors … ." (p. 521.) Altogether, these three factors—each of which necessarily entirely or largely preceded any "minority stress" associated with sexual orientation or gender identity— accounted for over three-fourths of the association between minority sexual orientation and higher rates of depression. (p. 528) Ganna at al.'s subsequent genome-wide association study confirmed, by direct observation of the participants' genomes, the presence of a substantial genetic correlation (.33 for males and .44 for females) of nonheterosexual sexual orientation with depression. (Ganna, 2019, p. 5.)

62)     These results leave no room to blame discrimination and resulting "minority stress" as anything more than minor factors affecting LGB depression and related problems such as suicidality. While being presented with a non-affirming assessment of one's LGB orientation may be a negative experience, these findings suggest that it can have, at best, only a relatively small effect on depression and suicidality. Notably, despite these findings, no study of MST has

yet (to my knowledge) adjusted its models for genetic influence, to examine how much influence of stress and discrimination on mental health problems, if any, may remain after doing so.

63) Conversely, if minority stress were the sole or dominant force in the production of LGB mental health problems as MST claims, prediction models that included minority stress along with other possible causes of psychopathology in the LGB population would show a strong effect of minority stress and no effect or only weak effects of the other possible causes. As the studies reviewed above show, careful studies find the opposite.

64) In sum, while scientific journals continue to publish articles that purport to document a correlation between LGB identity and poor mental health—and which often simply *assume* the causal relationship that is hypothesized by MST—I am not aware of any methodologically sound study that has succeeded in rejecting alternative explanations of this correlation, including reverse causation, common causation, and confounding variables.

65) I will note that, because humans and society are complex, and accuracy in sociological studies is difficult to achieve, it is possible that some or all of these hypotheses are true to some extent.

E. Important evidence *inconsistent* with the MST exists.

66) By contrast, important evidence exists which appears to be *inconsistent* with the Minority Stress Theory.

1. The mental health of LGB populations is not better in countries that are widely recognized to be more accepting of LGB identities.

67) If minority stress were the primary cause of LGB mental health, we would expect nonheterosexual persons in societies with lower LGB intolerance and discrimination to have lower rates of mental health problems than those in more intolerant social settings. Yet this is not found to be the case.

28

68)     Surveys in the Netherlands, a highly LGB-affirming culture, have found high rates of affective distress among LGB persons that are not significantly different from those found in the less tolerant United States. One such study stated: "By many social, legal and economic measures, gay men in the Netherlands might not be seen as a disadvantaged minority. Despite this apparent equity, population surveys in the Netherlands find that mental health disparities between gay and heterosexual men are as large as those found in countries with less legal and social support for gay equality." (Aggarwal & Gerrets, 2014, p. 106; compare Cochran et al., 2003, reporting U.S. prevalence.)

69)     A meta-analysis of 28 international studies of LGB mental health by Lewis (2009) noted that the similarity of results for U.S. and European countries "does not support the expected finding that gay respondents from the United Kingdom and Netherlands—because of less stigma and institutional prejudice (e.g., legalized gay marriage in the Netherlands)—would have a lower prevalence of poor mental health outcomes [than the United States]." (p. 1033.)

70)     Sandfort et al. (2001) examined sexual orientation and mental health using a large representative dataset of the Dutch population in 1996 (over 7,000 cases), with well-validated measures of psychological disorders. They found large differences in mental health by sexual orientation. Lifetime and 12-month prevalence of anxiety and mood disorders were about three times greater among homosexual Dutch men than heterosexual ones. (p. 85.) In a later study, Sandfort and other scholars found that 14.6% of gay men in the Netherlands had engaged in suicidal self-harm, a rate 9 times higher than among heterosexual men. (de Graaf, Sandfort, and ten Have, 2006, p. 257 Table I.) According to MST, these large differences should not exist in the Netherlands, perhaps the most gay-tolerant society on Earth. Sandfort et al. (2001) noted that MST predicted the differences should at least be larger in other countries: "To the extent that the

29

level of social acceptance of homosexuality induces differences in mental health status in relation to homosexuality, the observed differences might be greater in other Western countries than in the Netherlands." (p. 89.) In fact, differences in other Western countries were very similar to those in the Netherlands. The authors proposed several other possible causal influences, including behavioral ("Reverse Causation") and hormonal factors ("Common Causation"), that may explain the differences in mental health by sexual orientation.

71)     Frisell et al. studied over 17,000 adults in highly gay-tolerant Sweden and reported that women and men who had ever had same-sex partners were respectively 1.7 and 1.8 times more likely to suffer depression and 1.9 and 3.2 times more likely to experience anxiety disorder than those who had never had same-sex partners, rates that are very similar to those in less gay-tolerant social settings such as the United States. (Frisell et al., 2010, Table 2.)

2.     The mental health of LGB individuals has not improved across time as society has become vastly more accepting of sexual minorities and alternative sexual lifestyles.

72)     MST equally predicts that the mental health of LGB individuals will have improved across the last half century in the U.S., as societal acceptance has radically increased. Evidence has found the opposite is true.

73)     In 2021 Meyer (the originator of MST) and his co-authors (Meyer et al., 2021) examined the relation of minority stress to suicide in three cohorts of LGB persons who came of age in the 1960s, 1980s and 2000s, using representative data with extensive measures of minority stress and psychological distress. While LGB discrimination and stigma broadly declined over this period, Meyer et al. (2021) found that LGB suicidality rose significantly over the period. (p. 13.) The difference was dramatic and strong: every measure of stress and discrimination in the data declined over the period, but suicidality and psychological distress rose sharply. For

example, having property vandalized or stolen due to one's sexual orientation was reported by 65% of the 1960s cohort but only 29% of the 2000s cohort. Over the same period, lifetime self-reported suicide attempts by LGB persons rose by almost half (45%), from 21% of the 1960s cohort to 30.5% of the 2000s cohort—even though the oldest cohort had lived more than 30 years longer than the youngest. (p. 10 Table 3.) Meyer et al. (2021) conceded: "Our findings are clearly inconsistent with the [minority stress] hypothesis." (p. 13.) This result is all the more significant as it resulted from the Generations Survey data, which as noted above is the largest population-representative sample of LGB persons yet collected, with extensive measures of minority stress.

74)     Likewise in the Netherlands, when Sandfort et al. (2014) examined a replication of their 2001 large representative survey a decade later, they reported: "Although we expected that disparities in rates of psychiatric disorders between homosexual and heterosexual persons would have decreased, as acceptance of homosexuality in Dutch society had increased, this was not supported." The authors suggested that "other mechanisms than prejudice and discrimination also affect the observed disparities" (p. 7-8), including genetic and environmental factors such as sexual abuse.

   3. <u>Some studies have failed to find other correlations predicted by the Minority Stress Theory.</u>

75)     In the general population, poor mental health is strongly correlated with a wide range of self-rated physical health co-morbidities. As a result, MST predicts that self-rated physical health would be generally lower among sexual minorities. However, multiple research studies using national data have failed to find this to be the case. Gorman et al. (2015), analyzing data from the CDC's Behavioral Risk Factors Surveillance System, unexpectedly found not only an absence of lower self-rated health but "a self-reported health advantage among lesbians and

gay men" (p. 1377) compared to their heterosexual counterparts, contrary to their initial predictions. Strutz et al. (2015) found no difference in the self-rated health of sexual minority men compared to heterosexual men, and "[i]n some cases, [non-heterosexual] men experienced better health than their majority counterparts" (p. 81), based on data from the National Longitudinal Survey of Adolescent to Adult Health (Add Health). Likewise, Wolf (2021) found a "lack of significant difference in self-rated health between gay and lesbian respondents and their heterosexual counterparts" in nationally representative data from the National Survey of Family Growth, a finding the author noted "appears counterintuitive" from the standpoint of MST. (p. 55.)

76)     Other studies have found poorer mental or physical health among sexual minority persons even where minority stress was not likely to be a strong factor. Vrangalova and Savin-Williams (2014) found, in a review of 60 papers, that persons reporting a small amount of same-sex sexuality but identifying as "mostly heterosexual" experienced, like gays and lesbians, higher distress on a large variety of physical and mental health outcomes, yet were not clearly susceptible to minority stress. The authors noted that minority stress processes "require a nonheterosexual person to possess a salient sexual-minority identity, have same-sex partners, belong to a sexual-minority community, or be perceived by others as being a sexual minority in order to experience minority or lifestyle stressors. Yet these conditions seldom characterize [Mostly Heterosexuals]." (p. 412.)

77)     It is commonly hypothesized that, on average, religious individuals who experience same-sex attractions will experience greater internal identity conflict than non-religious individuals who experience those attractions. Thus, MST predicts that nonheterosexual members of religious groups would suffer greater proximal stress, and thus worse mental health,

32

than their non-religious LGB peers. Rosik et al. (2021) compared a sample of LGB-identified persons with a sample of religious persons who experienced same-sex attraction but refused to identify as LGB. They found: "Contrary to expectations, these differences were not associated with health differences in depression, anxiety, and social flourishing." (p. 27.) This was true even though the group that chose not to identify as LGB (a largely religiously motivated group) *did* report significantly higher levels of internalized homonegativity (p. 38)—commonly assumed to be an important stressor in MST. The authors commented that this finding "seems at odds with minority stress and sexual identity theories that assume adoption of an LGB identity is the healthiest pathway of sexual minority identity development." (p. 39.)

78)     "Religious" is of course a very broad and diverse category. Focusing more precisely, exposure to *non-affirming* religion replicates the alleged pathway of harm MST proponents attribute to sexual reorientation therapy by disaffirming LGB identity. The relation between exposure to non-affirming religion and LGB mental health is therefore of particular interest. Barnes and Meyer (2012) explicitly examined the hypothesis that LGB persons exposed to non-affirming religion would thereby experience lower mental health. However, their study produced the "unexpected finding" that "there was no main effect of non-affirming religion on mental health." (Barnes & Meyer, 2012, p. 505.)

79)     Thus, on the specific question implicated by sexual reorientation therapy, *i.e.*, whether exposure to non-affirming views or beliefs contributes to lower LGB mental health, the evidence from MST research is in the negative.

**IV.    Current scientific evidence does not support the conclusion that voluntary therapeutic conversations which may lead to change in sexual attraction, behavior, or orientation are harmful to most persons.**

A.  Therapeutic approaches to unwanted same-sex attractions or behaviors have changed radically over time.

80)    As with "sexual orientation," the term "conversion therapy" is used loosely and has no consistent definition, while the nature of therapeutic interventions at issue in particular studies is often not made clear. Too often, the term "conversion therapy" is stretched to include radically dissimilar therapeutic theories and clinical approaches.

81)     From the 1940s through the 1970s a dominant theory in psychology was behaviorism, which advocated psychological conditioning and behavior modification through avoidance of negative stimuli, resulting in various "aversive therapies" to treat a number of compulsive or addictive behaviors such as alcoholism, drug abuse, and compulsive gambling. Aversive therapy is "a form of behavior therapy in which the client is conditioned to change or eliminate undesirable behavior or symptoms by associating them with noxious or unpleasant experiences, such as a bitter taste (for nail biting) or nausea (for alcoholism)." (APA Dictionary of Psychology, at https://dictionary.apa.org/aversion-therapy.)

82)    In this period, while homosexuality was designated a mental health disorder by leading authorities, aversive therapy was also tried as a means to change same-sex attractions. The most common technique for homosexuality was to pair exposure to sexually attractive same-sex images with mild electric shocks or vomit-inducing drugs.

83)    With the declining assessment of homosexuality as a disorder, spurred by the APA's 1974 removal of homosexuality from the DSM classification of disorders, combined with a wider generational decline in adherence to behaviorist psychology, aversive treatments for homosexuality disappeared completely from therapy settings by the early 1980s. In 2009, a

committee formed by the American Psychological Association (APA) published a Report on Appropriate Therapeutic Responses to Sexual Orientation ("APA Task Force Report"). (Glassgold et al., 2009.) That committee found no studies after 1981 involving behavioral interventions to change same-sex attractions or behaviors. (p. 27.) One should be aware, however, that aversive conditioning has never been categorically rejected by mental health professionals, and it continues to be used as a therapeutic tool for certain other purposes.[1]

84)     For the last 40 or more years, therapists and counselors willing to help patients who desired to reduce either same-sex attractions or behaviors have instead looked to non-coercive, non-aversive techniques. As the APA Task Force Report recognized, these have included psychotherapy, but also a range of interventions such as weekend retreats, self-help groups, and religious exercises. (p. 27.) As I detail below, studies of such techniques have found that many participants felt that they benefitted.

B. Advocates of censoring counseling and therapeutic speech misdescribe actual clinical practices and misleadingly invoke obsolete practices.

1.     The claim that current sexual reorientation therapy assumes that homosexual orientation is a mental disorder is false.

85)     Despite recognizing the dramatic differences between aversive conditioning and such modern interventions or support, the 2009 APA Task Force Report authors chose, without empirical basis, to lump together all "behavioral techniques, psychoanalytic techniques, medical approaches, [and] religious and spiritual approaches … that aim to change a person's same-sex sexual orientation." under the label of "sexual orientation change efforts," or SOCE. (p. 2.) Dr.

---

[1] For example, in 2017, researchers at the University of Washington published a study of "Chemical Aversion (Emetic) Therapy for Alcohol Use Disorder," and concluded that "After treatment . . . patients reported avoidance/aversion to alcohol." R. Elkins et al. (2017), *The Neurobiological Mechanism of Chemical Aversion (Emetic) Therapy for Alcohol Use Disorder: An fMRI Study*, available at https://pmc.ncbi.nlm.nih.gov/articles/PMC5625029/

Haldeman extends this confusion by the introduction of the acronym "SOGICE" (Haldeman 2025 ¶ 7), which further conflates counseling for sexual orientation (SOCE) with counseling for gender identity (GICE, for "gender identity change efforts"). The term "SOGICE" does not appear in any of the APA resolutions or position statements appended to Dr. Haldeman's report, and he cites no empirical evidence to support assimilating these two forms of counseling.

86)     It is simply false that contemporary therapists who support clients who desire change in sexual orientation describe or approach same-sex orientation as "a mental disorder that needs to be 'cured'." (Haldeman 2025 ¶ 8.) This may have been true of some practitioners fifty years ago, as Dr. Haldeman recounts, and for a short time after that, but it is decidedly not true today. The assertion that by providing counseling these therapists are necessarily approaching homosexuality as a disorder to be "cured" ignores the fact that many people seek counseling for many personal struggles that are not mental disorders. In its guidance for therapists on evidence-based practice, the APA recognizes this fact: "We use the term *patient* … to refer to the … population receiving psychological services. However, we recognize that in many situations there are important and valid reasons for using such terms as *client*, *consumer*, or *person* in place of *patient* to describe the recipient of services.… [P]sychologists target a variety of problems, including but not restricted to mental health, academic, vocational, relational, health, community, and other problems in their professional practices." (APA Presidential Task Force on Evidence-Based Practice, 2006, p. 273)

87)     It is also false that clinicians working in this area today set an "*a priori* therapeutic goal of changing one's sexual orientation" (Haldeman 2025 ¶ 9); rather, they may support such a goal if chosen by the client, and they may address other therapeutic goals, such as managing trauma, which they recognize may result in some change, likely incremental, in one or

36

more axes of sexual orientation. As a result, therapists working in the area today tend to use the term "change-allowing therapy" rather than "conversion therapy."

88)     The falsehood of the claim that change-allowing therapists today perceive same-sex orientation as a mental disorder is also evident from the fact that, unlike fifty years ago, there is today no attempt to urge such therapy on the general population of LGB persons. Those who participate in change-allowing therapy today are notably distinct from the large majority of LGB persons. Multiple studies (Karten & Wade 2010; Sullins 2024; Grincola & Smith 2011) have found that most or indeed almost all participants who seek therapy with a goal of change in some aspect of sexual orientation are highly religious persons who seek counseling to help manage difficult personal conflicts between their same-sex attractions and religious convictions incompatible with same-sex sexual activity or desires. Such persons are motivated by a particular ideal of sexual morality that is not widely held among LGBT persons. Consequently, change-allowing therapy is as a practical matter practiced primarily among the subset of all persons with same-sex attractions who are motivated by deeply held religious convictions.

> 2.     <u>Dr. Haldeman has elsewhere acknowledged that the arguments presented in his report do not apply to most sexual reorientation therapy today.</u>

89)     In the Introduction to the 2022 book *The Case Against Conversion "Therapy"* (Haldeman, 2022), published by the APA to set forth the research behind its 2021 Resolution advocating conversion therapy bans, Dr. Haldeman, writing as the editor of that book, both acknowledges and recognizes the clinical and scientific importance of the wide difference between modern techniques and obsolete aversive therapy. He acknowledges the existence of "more recent" "treatments intended to diminish patients' unwanted same-sex desire and enhance their heterosexual response and function" that "[do] not … have a bias against same-sex

attraction and behavior." (p. 8.) Strikingly, Dr. Haldeman states: "This book does not address [these practices]", which he characterizes as "conversion therapy lite." (p. 8.)

90)     By this admission, Dr. Haldeman has acknowledged that the claims of harm, inefficacy, pathologization and coercion advanced in support of the 2021 APA Resolution opposing SOCE, in Dr. Haldeman's 2022 book, and his report (Haldeman 2025), have no scientific or logical application to the non-judgmental therapeutic techniques which constitute modern sexual reorientation therapy.

>        3.     <u>Misleading suggestions that current sexual reorientation therapy employs coercive or aversive techniques are false.</u>

91)     Despite the APA's acknowledgement of their discontinuation decades ago, the APA itself, along with its widespread scientific and popular advocacy of "conversion therapy bans," consistently invokes the specter of long-obsolete aversive practices as justification for restrictions on the current forms of benign voluntary therapy. Thus, even as Dr. Haldeman acknowledges that use of aversive therapies to address unwanted same-sex orientation has "largely fallen into disfavor" (in fact, he cites no examples at all of such use, ever), he manages to insert a reference to "shock to the hands and/or genitals, or nausea-inducing drugs." (Haldeman 2025 ¶ 8.)

92)     The following are representative samples of similarly misleading misrepresentations as repeatedly expressed in the academic literature:

- Salway et al. (2020), publishing in the *Canadian Journal of Psychiatry*, falsely states that "SOCE" "draw on a range of discredited methods including **aversion therapy (e.g., electric shock)**, [and] attempted desensitization to same-gender/sex erotic materials, …" (p. 503, emphasis added.)

- The Blosnich et al. (2020) study of SOCE and suicide, published in the *American Journal of Public Health*, characterizes SOCE this way: "SOCE include a variety of approaches such as immersion in heterosexual-focused cognitive exercises, amplification of shame for same-gender attraction, and **physical punishment (e.g.,**

**electric shock) intended to condition** against mental or physical attraction to the same gender." (p. 7, emphasis added.)

- Meanley et al. (2020), published in the journal *Sexuality Research and Social Policy*, states: "Conversion therapies manifest in a variety of methods ranging in severity (e.g., psychotherapy, religious/prayer-based conversion, **aversion/shock therapy**, and gender norm reinforcement/policing)." (p. 335, emphasis added.)

- Green et al. (2020): "SOGICE (sexual orientation or gender identity change efforts) can include the use of **aversive stimuli**, … ." (p. 1221, emphasis added.)

- Haldeman (2024): "In [conversion "therapy"], mental health workers and related paraprofessionals employ a loosely defined repertoire of cognitive, **behavioral,** and classic talk therapy strategies," recounting 1972 opposition to "using **electric-shock aversion techniques** to extinguish same-sex desire" as the first "challenge [to] the conversion therapy paradigm." (p. 11, emphasis added.)

- American Medical Association (AMA), "Talking Points on LGBTQ change efforts ("conversion therapy")" (at https://www.ama-assn.org/system/files/2019-12/conversion-therapy-talking-points.pdf): "These interventions often include unethical techniques including **electric shock, deprivation of food and liquids, chemically induced nausea and masturbation reconditioning**." (emphasis added.) Here long-past discontinued behaviorist methods, which were not considered unethical when they were used, are falsely claimed to be "often" used today. The AMA cites the APA's (2021) Resolution supporting conversion therapy bans ("2021 Resolution") as its source for this false statement (at https://www.ama-assn.org/system/files/conversion-therapy-issue-brief.pdf), but the APA's (2021) SOCE Resolution does not include such claims.

93)    All this is intentional and prejudicial confusion, not relevant to the actual options and choices facing patients, practitioners, and legislators today.

C. Studies claiming harm from sexual reorientation therapy have improperly excluded participants who do not self-identify as LGB.

94)    The APA's 2009 SOCE Task Force Report (Glassgold et al., 2009) did not conclude that SOCE was harmful, as is often implied. Rather, that Report only stated: "There are no scientifically rigorous studies of recent SOCE that would enable us to make a definitive statement about whether recent SOCE is safe or harmful and for whom." (Glassgold et al., 2009, p. 83.) From that time through 2022 there have been about a dozen SOCE-critical research studies, half a dozen non-critical studies, and two or three that do not clearly fit into either

category, on the question whether or not SOCE is associated with psychological harm. Almost all of these studies have compared self-reported psychological outcomes by former therapy participants with those of persons who did not undergo such therapy.

95) Since the 2009 APA Report, all SOCE-critical studies which have reported net psychological harm from sexual reorientation therapy have drawn samples entirely or predominately restricted to self-identified sexual minority persons, expressly or structurally screening out any potential participants who do not currently identify as LGB. (Rosik, 2022, p. 870 Table 1; Phelan, 2022, p. 18; Sullins, 2024, p. 16.) The samples used in these studies have typically been selected or identified exclusively by referrals from LGBT advocacy organizations, or self-selection in community settings such as LGBT-focused bars, bookstores, and social media sites, communities and fora which are openly opposed to sexual reorientation therapy. Such samples contain, inevitably, few persons for whom change-allowing therapy has been a positive experience. This methodological choice gravely biases the sample of these studies, almost guaranteeing a finding of harm. The studies manifesting such bias specifically include all five of the only studies cited by Dr. Haldeman as evidence of harm: Ryan (2020); Jacobsen (2014); Dehlin (2015); Green (2020); and Blosnich (2020). (Haldeman 2025 ¶¶ 21-24.)

96) Dr. Haldeman contends that including possible SOCE successes in a sample evaluating SOCE outcomes constitutes "sampling bias" because such participants have been referred by SOCE practitioners or "ex-gay" organizations. (Haldeman 2025 ¶ 13.) But this argument has it exactly backwards. To accurately evaluate the effectiveness and benefit of any therapeutic treatment requires that the study include cases for which the treatment has been successful, where such exist. As I recount in detail below (IV.D), those who experience success in changing sexual orientation (on any axis) in the course of therapy, compared to those not

successful, report much greater satisfaction, substantial psychological benefit, and little or no harm. (Jones & Yarhouse, 2011, p. 422-24; Shidlo & Schroeder, 2002, p. 257; Spitzer, 2003, p. 413-14.) Thus, excluding them improperly distorts the assessment of the balance of benefit and harm for persons who have undergone sexual reorientation therapy.

97)     Further, if the question to be answered is "Is change-allowing therapy beneficial and/or harmless to religiously (or otherwise) motivated individuals who affirmatively seek such therapy?", then it is precisely a population of such individuals that one must study. For purposes of this question, it is studies whose sampling methods directly or indirectly *exclude* individuals who may have benefited from such therapy that are distorted by sampling bias.

98)     Excluding possible successes when evaluating the efficacy and harm of sexual reorientation therapy is like evaluating the efficacy and harm of marital therapy by recruiting participants only from divorce support groups, or of a major surgical procedure by examining the medical records only of patients who subsequently died. Even substantially beneficial therapies or surgeries could falsely appear to be harmful based on such partial and biased samples. Asking a sample restricted to currently-identified LGB persons who do *not* struggle with conflicts between their same-sex attractions and religious beliefs about their experience with SOCE is like asking a sample restricted to currently-identified heterosexual persons who *do* struggle with conflicts between their same-sex attractions and religious beliefs about their experience with "gay-affirming therapy." In either case, one is likely to get a far more negative assessment of the therapy than one would obtain from a genuinely representative sample of patients who have participated in such therapy. Below (Section IV.E) I illustrate this point with reports of harm from GAT in the literature, including from one of the five studies cited by Dr. Haldeman as purporting to show harm from SOCE.

41

D. Multiple studies of current talk therapy that have _not_ excluded non-LGB respondents have reported substantial psychological benefit and/or lack of harm from sexual reorientation therapy.

99)     Participants in multiple clinical studies of change-allowing therapy or support that were not limited to LGB respondents with unsuccessful experiences have reported successful change along the homosexual-to-heterosexual continuum and strong net psychological benefit.

100)     Shidlo and Schroeder's (2002) early study is often cited as evidence of harm from sexual reorientation therapy. The APA's (2021) Resolution supporting SOCE bans cites it three times; Glassgold's accompanying review in _The Case Against Conversion Therapy_ (2022) falsely asserts that the study "found little evidence of change and documented harm." (pp. 21-22.) In fact, Shidlo and Schroeder (2002) recount that they began their study with a goal of documenting harm, but "[a]fter the first 20 interviews, we discovered that some participants reported having been helped as well as harmed." To the authors' credit, they revised their inquiry to capture recollections of both benefit and harm. (p. 251.) And indeed, many of the 202 participants they interviewed reported both benefits and harm, in very different amounts depending on whether they considered their experience to have been a success or failure (13% of the sample reported successful change or management of unwanted homosexuality) (p. 253). From the respondents' reports, each clinical intervention they received was rated as having been "helpful only," "both helpful and harmful," "harmful only," or "neither helpful nor harmful."

101)     Not surprisingly, the "failure" respondents rated 51% of their clinical courses as harmful only, but they considered 43% of those clinical interventions both helpful and harmful, and 5% helpful only. Further, they rated 64% of their non-clinical interventions (e.g., peer support groups or peer individual or peer couple counseling (p. 250)) as only or partly helpful. In sum, even those subjects who considered that they had "failed with conversion therapy" (p. 253) rated 54%—more than half—of the interventions they underwent to be at least helpful in part.

42

102) By contrast, the "success" respondents felt that 71% of their clinical treatment courses were helpful only, and that 29% of those courses were both helpful and harmful. Likewise, they rated 67% of their non-clinical courses as helpful and 33% to have been both harmful and helpful. None recalled any of the clinical or non-clinical interventions they underwent to have been only harmful. (p. 257.)

103) Overall, the participants in this study reported that 61% of the interventions they received had been at least partially helpful. Almost a quarter (24%) were rated as being only helpful, without any harm. This is not evidence of pervasive harm from this therapy. No SOCE-critical study has ever (to my knowledge) acknowledged, discussed, or weighed the positive results reported by Shidlo and Schroeder (2002). The strikingly different results for the success and failure groups also illustrate the highly biased and unrepresentative assessment of harm from sexual reorientation therapy that results when samples are drawn so as to exclude any successful participants in therapy or support oriented towards change of sexual attractions or behaviors.

104) Two studies by overlapping teams (Bradshaw, Dehlin et al., 2015; Dehlin, Bradshaw et al., 2015a) examined different aspects of an online survey of 1,612 formerly or currently same-sex-attracted Mormons who had undergone sexual orientation therapy. The sample did not formally exclude respondents who identified as heterosexual, although the survey recruitment process—primarily through gay-affirmative organizations and "snowball sampling" (Bradshaw, Dehlin et al., 2015, p. 396; Dehlin, Bradshaw et al., 2015a, p. 98; Dehlin et al., 2015b, p. 8)—may have suppressed their proportional participation. As with Shidlo and Schroeder's (2002) study, the APA review cited these studies as evidence that SOCE is intrinsically harmful, when in fact they showed the opposite, reporting both harm and benefit from SOCE. Bradshaw, Dehlin et al. (2015) reported that their study "documented a broad range

43

of potential benefits and harms ancillary to the goal of orientation change … Many found therapy to be a helpful, even life-saving experience. … Of particular interest was the large number of individuals who reported decreased levels of depression and anxiety and improved feelings of self-worth. … As a general rule, … experiences of harm or iatrogenic distress were much less frequent than reports of benefit." (p. 406.)

105) In the second study utilizing the same study sample, Dehlin, Bradshaw et al. (2015a), a largely overlapping group of co-authors found that current quality of life was the same for those who had or had not participated in SOCE, and that a number of participants reported "a decrease in depressive or anxiety symptoms, and improved family relationships" (p. 101) even if they had not experienced change in sexual orientation. Thus, Dr. Haldeman is mistaken when he cites Dehlin's 2015 work (see Haldeman 2025 ¶ 22) as demonstrating harm from change-allowing therapy. On the contrary, Dehlin and his co-authors wrote that it was not possible "to draw conclusions about the experience of those who have attempted SOCE." (Dehlin 2015a p. 96.) Below, I discuss in further detail how these studies' findings have been severely misrepresented in a SOCE-critical literature review; here I note them briefly as instances of reported net benefit instead of harm from SOCE.

106) Spitzer (2003) conducted extensive structured evaluations of 200 "individuals who report that their sexual orientation had been predominantly homosexual, but who now report that because of some kind of therapy they have sustained for at least 5 years some change to a heterosexual orientation," with the 143 males of this sample collectively reporting a mean homosexual-to-heterosexual change in sexual attraction of 68 points on a 100-point scale following therapy. (pp. 405, 408.) Spitzer reported: "Even participants who only made a limited change nevertheless regarded the therapy as extremely beneficial." (p. 413.) "For the participants

44

in our study, there was no evidence of harm. To the contrary, they reported that it was helpful in a variety of ways beyond changing sexual orientation itself." (p. 414.) Since virtually all these men identified as heterosexual following therapy, none of them would be included in recent studies that draw only LGB samples. This well-known study's evidence was ignored without citation in the APA's (2021) Resolution supporting SOCE bans.

107) Karten and Wade (2010) asked the 117 male participants in sexual reorientation therapy in their sample, which was not screened for current sexual identity, to assess their positive psychological change from sexual reorientation therapy as not at all (1), slightly (2), moderately (3), markedly (4), extremely so (5), or not applicable (0) on six areas of psychosocial function identified by Shidlo and Schroeder's (2002) study, i.e. depression, suicidality, self-harmful behavior, self-esteem, social functioning, and alcohol or substance abuse. The average degree of positive change self-reported for each area of psychosocial function, on a scale of 1 (not at all) to 5 (extremely), was:

- depression, 3.9 (at the high end of the "moderately" range);
- suicidality, 3.9 (high moderately);
- self-harm, 3.9 (high moderately);
- self-esteem, 4.2 (low extremely);
- social functioning, 4.0 (low extremely); and
- alcohol/substance abuse, 3.3 (low moderately).

The authors reported: "With respect to psychological well-being, on average men reported there was a positive change in their psychological functioning." (p. 93.) This study's evidence was not cited in the APA's (2021) Resolution supporting SOCE bans.

108) Jones and Yarhouse (2009) explicitly tested the hypothesis that "the attempt to change sexual orientation is intrinsically harmful," finding "no evidence that the attempt to

45

change sexual orientation was harmful on average for these individuals." (p. 9.) Indeed, persons who most strongly pursued reorientation "showed modest gains in the diminishing of psychological distress." (p. 9.)

109) Jones and Yarhouse (2011) further presented strong, measured evidence that sexual reorientation therapy did not induce psychological harm, in a 6-year longitudinal study that followed 58 sexual reorientation therapy participants for six years of annual assessment. At Time 6, 53% of participants reported success in changing sexual orientation at least partially;[2] 25% reported failure, most of these reverting to a gay identity; and 23% were continuing in sexual reorientation therapy or did not respond to the question. Jones and Yarhouse measured psychological distress using the Symptom Checklist-90, a well-validated instrument for assessing psychological distress with a general index of distress and a measure of the intensity of distress. The authors reported modest average improvements in each of three measures of distress for each of two cohorts, regardless of outcome, from Time 1 to Time 6. (p. 418.) The authors concluded that their findings "contradict the commonly expressed view that sexual orientation is not changeable and that the attempt to change is highly likely to result in harm for those who make such an attempt." (Jones & Yarhouse, 2011, p. 425.) This study's methodologically strong evidence regarding lack of harm from sexual reorientation therapy was not cited in the APA's (2021) Resolution supporting SOCE bans.

110) Pela and Sutton (2021) reported on a 24-month longitudinal clinical outcome study of 75 clients treated by certified reintegrative therapists, finding small average changes in

---

[2] Thus Dr. Haldeman's assertion that studies find a "30% success rate at best" (Haldeman 2025 ¶ 16) is mistaken. He bases this incorrect claim on a report he wrote 31 years ago, before any of the "pro-SOCE" research discussed in this report was written. Indeed, Dr. Haldeman does not cite a single non-critical SOCE study (including Spitzer (2003), the sequelae of which he discusses), nor does he provide a single example to substantiate his speculative criticism of the non-critical SOCE research. He appears not to be aware of the subsequent research presented in this section.

46

sexual attraction but a large increase in well-being. Reintegrative therapy is a form of therapy that does not attempt to change sexual attractions but treats early life trauma. However, because changes in sexual attractions are a common by-product of such therapy it is sometimes included in condemnations of conversion therapy. Over the course of the treatment participants "experienced significant improvement in their well-being" (p. 76) as indicated by an average before/after improvement in symptom distress, interpersonal functioning and social role functioning of 23% (effect size of .80) on the Outcome Questionnaire 45.2, a widely used instrument for measuring psychiatric treatment outcomes.

111) Separate and apart from the question of "success" as defined by possible change in sexual orientation, multiple studies presented in this section—including studies from authors who by no means favor change-allowing therapy—have reported that high percentages of participants in change-allowing therapy found at least some aspects of that therapy helpful or showed improvements in psychological well-being. The prevalence of such benefits, even among those for whom sexual orientation did not change, was recognized by the 2009 APA Task Force Report on Appropriate Therapeutic Responses to Sexual Orientation (Glassgold, 2009). "… [A] key finding from our review," stated the Report, "is that those who participate in SOCE, regardless of the intentions of these treatments, …may evolve during the course of their treatment in such areas as self-awareness, self-concept, and identity. These changes may include (a) sexual orientation identity, including changes in private and public identification, behavior, group membership, and affiliation; (b) emotional adjustment, including reducing self-stigma and shame; and (c) personal beliefs, values, and norms, including changes in religious and moral beliefs and behaviors and motivations." (p. 66.)

112) Notably, the APA Task Force's finding that SOCE participants typically experienced beneficial changes in their emotional state and beliefs and values even when their sexual orientation did not change directly contradicts Dr. Haldeman's speculation that a failed attempt to change with SOCE would leave individuals worse off than if they had never tried. (Haldeman 2025 ¶¶ 25-26.) The findings presented above of Shidlo and Shroeder (2002) with respect to "failure" respondents, and the findings of Dehlin, Bradshaw et al. (2015a) with respect to the equivalent quality of life of those who had and had not undergone SOCE, offer further evidence that contradicts Dr. Haldeman's speculation—unsupported by a single citation—that a "failure" SOCE experience is harmful.

E. Advocates of censoring counseling and psychotherapeutic speech risk harm to patients by ignoring patients' religious convictions and identities.

113) The insistence by SOCE-critical psychologists that persons seeking to alter their sexual orientation are denying their core identity fails to credit, or perhaps does not understand, that, as one secular counseling author put it, "Many of these individuals [seeking change-oriented therapy] do not identify with their sexual orientation at all but rather highlight their values and their religious beliefs as their primary identity." (Ginicola & Smith, 2011, p. 306.) Many SOCE-critical scholars, themselves not very religious, advise therapists to challenge the "non-affirming" religious beliefs of those troubled by same-sex attraction without seeming to understand that it is this "non-affirmation" *of* the client's religious beliefs, not a lack of gay affirmation, that threatens the core identity of such persons. Beckstead and Morrow (2004) reported that *all* of their sample of 50 very religious same-sex-attracted Mormons seeking sexual reorientation therapy "were willing to give up their sexual identities in return for religious and societal rewards because, as they stated, they felt their sexual identities were peripheral to their religious identities." (p. 663) In a companion study, Beckstead (2002) elaborated further:

48

"Because of the high stakes involved of losing family, friends, community, religious support, and eventually 'eternal exaltation,' participants felt that 'being gay' was not a valid choice for them." (p. 97)

114)    The expectation of gay-affirmative therapy that they could adopt a gay identity prompted sample members to frustration and despair. One commented: "People think . . . we can change our beliefs. . . . I don't have the desire, and I really don't know that I would have much of the ability to change some of my basic fundamental beliefs . . . because of the way they give my life coherence." (Beckstead and Morrow, 2004, p. 663.) Another recounted his disappointment with his gay-affirmative therapist: "I tried to explain the conflict to her between religion, my personal values, [and my same-sex attractions]... and she just kind of said, 'Well, I don't see what your problem is. Just pick one.' She didn't seem much help. She just didn't quite get it." (Beckstead, 2002, p. 97). Beckstead commented that this exchange "seems to articulate the frustrations expressed by all participants." (p. 97) Before beginning change-oriented therapy, faced with the prospect of "being gay" (p. 97; quotation marks in original, indicating a quote from the participants themselves)—that is, having to affirm an identity or lifestyle of same-sex behavior that they believed would bar them from eternal blessedness—"[a]ttempting suicide was seen as the only solution for 8 participants. Dan, for example, wrote, 'I felt like I couldn't continue to live in such pain. My alternatives seemed to be either to end my life or to straighten my life out.'" (p. 98)

115)    Two decades ago Dr. Haldeman openly addressed the religious conflict presented and experienced by those seeking SOCE: "In some circumstances, it is more conceivable, and less emotionally disruptive, for an individual to contemplate changing sexual orientation than to disengage from a religious way of life that is seen as completely central to the individual's sense

of self and purpose." (Haldeman 2002, p. 262.) "[G]ay-affirmative therapists need to take seriously the experiences of their religious clients, refraining from encouraging an abandonment of their spiritual traditions in favor of a more gay-affirming doctrine or discouraging their exploration of conversion treatments. Many religiously oriented individuals have reported that their therapist ignored or attempted to devalue the spiritual aspects of their identity in the interest of facilitating their 'coming out'." (p. 263.) Dr. Haldeman's abandonment of his previous respectful attitude towards clients' religious beliefs, and his direct attack on patient autonomy (Haldeman 2025 ¶¶ 30-35), are unfortunate, and unsupported by any science.

116)    Dr. Haldeman incorrectly presents Jacobsen and Wright's (2014) small qualitative study of highly religious women as evidence of psychological difficulties such as depression and anxiety "among SOCE participants," implying causation. (Haldeman 2025 ¶ 22.) On the contrary, the mental health troubles Haldeman describes pertained to the entire sample of 23 women, of whom only "a few" underwent SOCE. (p. 685) Jacobsen and Wright (2014) nowhere suggest that the women encountering SOCE experienced "heightened depression," as Haldeman claims. (Haldeman 2025 ¶ 22.) In fact, one woman quoted at length associated her depression with a counselor who was too quick to *affirm* her same-sex attractions and related behavior. (p. 684)

117)    Contrary to the APA and Dr. Haldeman (Haldeman, 2025 ¶¶ 30-35), Jacobsen and Wright (2014) supported non-coercive therapy to limit the expression of same-sex behavior on religious grounds: "If clients identify the goal to remain celibate and practice religious beliefs, then it is a counselor's duty to help them toward those goals without promising unrealistic outcomes, such as heterosexuality." (p. 691) They also advised that clinicians working with highly religious clients "need to recognize that the 'right' answer for their client is not always the

50

religious answer that aligns with a counselor's personal beliefs. … Counselors should start where the client is at and respect her self-determination." (p. 691)

118)     Unfortunately, many SOCE-critical advocates commenting on therapeutic protocols simply refuse to acknowledge or respect the priority that religious conviction holds in the identity of such individuals. For example, two academic advocates wrote recently, "[Sexual orientation conflict] may result from an understanding of religious scripture … which identifies same-sex attractions as immoral, sinful, perverse, and repugnant. The underlying source of conflict then is not their attractions, but rather the oppressive beliefs that dictate the existence of certain populations of individuals as wrong. … Failure to confront and challenge these negative ideas may perpetuate them and bring harm to the client *or others*." (Ginicola & Smith, 2011, p. 318, emphasis added.) These authors' rejection and condemnation of their (hypothetical) clients' religious convictions is express. Instead of supporting and affirming a religious client's goals, they are willing to jeopardize that client's psychological wellbeing by using the client's desire for counseling to "confront and challenge" the client's deeply held personal beliefs which contradict the authors' own personal beliefs. They are even willing to risk client harm for the good of what they perceive to be the interests of "others"—a position difficult to square with professional ethics.

F. Recent studies purportedly showing higher suicide risk after sexual reorientation therapy instead show just the opposite.

119)     As already noted, the APA's SOCE Task Force Report (Glassgold, 2009) concluded: "There are no scientifically rigorous studies of recent SOCE [i.e., SOCE since 1981] that would enable us to make a definitive statement about whether recent SOCE is safe or harmful and for whom." (p. 83.) The main problem was the absence of population representative samples, whose findings would reflect the true characteristics of the population of persons

51

potentially undergoing SOCE. Six years later Dehlin et al. (2015a) correctly observed: "No known study to date has drawn from a representative sample of sufficient size to draw conclusions about the experience of those who have attempted SOCE. Furthermore, no known study to date has provided a comprehensive assessment of basic demographic information, psychosocial well-being, and religiosity, which would be required to understand the effectiveness, benefits, and/or harm caused by SOCE." (p. 96.)

120)    In 2020 Blosnich et al. published an analysis of the Generations Survey data, a high-quality nationally representative sample of the LGB population, which they asserted showed that "[o]ver the lifetime, sexual minorities who experienced SOCE reported a higher prevalence of suicidal ideation and attempts than did sexual minorities who did not experience SOCE." (Blosnich et al., 2020, p. 1024.) Specifically, they reported that sexual minority persons who had undergone SOCE were 1.9 times more likely to have ever thought of committing suicide or to have made a suicide attempt which did not result in serious injury. Dr. Haldeman cites this paper and this conclusion as evidence of harm from sexual reorientation therapy. (Haldeman 2025 ¶ 24.) The APA's 2021 Resolution supporting SOCE bans likewise cited the study multiple times (pp. 5-6), as did the related literature review in the book *The Case Against Conversion Therapy*, with the editor describing Blosnich et al. (2020) as "the first population-based study showing significant increased risk of harm from [conversion therapy]." (Hancock & Haldeman, 2022, p. 128-129.)

121)    However, the Blosnich et al. (2020) study's conclusions are demonstrably false, due to a blatant and disabling error in the analysis that led to them. Having discovered a correlation between SOCE participation and thoughts of suicide, the authors simply ignored time sequence and did not examine which came first: the suicidality or the treatment. When I

52

examined the data (Sullins, 2022b), I discovered that most of the suicidal ideation reported by the participants took place *before* they had participated in sexual reorientation efforts. (p. 3381.) Replicating Blosnich et al.'s statistical analysis after correcting to include a measure accounting for pre-existing suicidality, I found that persons who had undergone SOCE were no more likely than those who had not undergone SOCE to have thought of committing suicide or to have made a suicide attempt. Depending on other assumptions about the data, they may have been less likely. (p. 3382 Table 2.) I also found that persons who had gone to SOCE following initial thoughts of suicide were less than one-fifth (0.17) as likely to have such thoughts again, compared to persons who had not experienced any intervening SOCE. (p. 3386 Table 9.) These results suggested that the causal sequence may be that persons experiencing suicidal thoughts were more likely to pursue SOCE, and that such treatment was, empirically, very helpful in avoiding a recurrence of suicidality.

122)    Ignoring time order when assessing cause and effect for treatment outcomes is not an inconsequential problem which can be corrected by qualifying the claims that SOCE causes suicidal harm, but a logical fallacy which discredits them altogether. No matter how many allegedly scientific studies or scholarly associations assert otherwise, it is simply not the case that a suicide attempt made years before SOCE exposure can be a result of that future exposure.

123)    By ignoring the time order of SOCE and suicidality, Blosnich et al. (2020) mistakenly attributed causation to what may be, in part, an effective treatment for suicidal distress, with potentially harmful consequences for sexual minority persons if that treatment were to be restricted. I concluded my study with this caution: "Imagine a study that finds that most persons using anti-hypertension medication have also previously had high blood pressure, thereby concluding that persons 'exposed' to high blood pressure medication were much more

53

likely to experience hypertension, and recommending that high blood pressure medications therefore be banned. This imagined study would have used the same flawed logic as the Blosnich et al. (2020) study, with invidious consequences for persons suffering from hypertension." (Sullins, 2022b, p. 3390.)

124)     To further examine the question of harm related to sexual reorientation therapy, I used the same population-representative Generations Survey data to compare sexual minority persons who had ever undergone SOCE with those who had not done so regarding whether they had recently, in the past year, experienced suicidal thoughts, made a suicide plan, declared an intent to commit suicide, or attempted suicide, as well as on non-suicidal self-harm (cutting etc.), alcohol dependence and substance use disorder. (Sullins, 2022a.) Strikingly, I found that the SOCE and non-SOCE groups were statistically indistinguishable on any of these measures of harm. (p. 1.) I also found that there was no significant difference between the two groups on the Kessler scale of psychological distress or their own self-rated mental health. (p. 7 Table 2.) In sum, I could find no evidence that having been exposed to sexual reorientation therapy resulted in any subsequent psychological distress.

125)     Meyer and Blosnich (2022), in a commentary responding to this study, conceded that "someone is not [likely to be] *currently* suicidal from a [prior] SOCE exposure …" (p. 2), thereby acknowledging that the evidence does not suggest that SOCE induces subsequent or lifetime suicidal harm upon those exposed to it. This conclusion by Meyer and Blosnich directly contradicts Dr. Haldeman's assertion, purportedly based on those same authors' earlier analysis of the same data (Blosnich, 2020), that "suicidal behavior on the part of youth exposed to SOCE persisted long into adulthood." (Haldeman, 2025 ¶ 24.)

126)    In addition to Blosnich et al.'s (2020) study, four other studies in the same year are cited by the APA as supposedly supporting a causal relationship between sexual reorientation therapy participation and higher suicidality: Ryan et al. (2020), Meanley et al. (2020), Salway et al. (2020), and Green et al. (2020) . Like Blosnich et al. (2020), all four of these studies also failed to consider or adjust their results for the presence of pre-existing suicidality or other psychological distress, thereby misstating an association of sexual reorientation therapy with suicidal risk. Because all four of these studies measured only lifetime suicidality and/or lifetime sexual orientation therapy participation without specifying which came first, none of them can tell us whether the therapy led to increased suicidality or—as I found when I re-examined Blosnich et al.'s data—whether instead pre-existing suicidality increased recourse to therapy. The assumption in these four studies that therapy led to psychological distress, without examining or in most cases even mentioning the very real possibility that distress may have led to therapy, has no basis in the data.

127)    This disabling problem affects all subsequent studies of SOCE and mental health, including the recent study of lifetime sexual orientation therapy recall by Tran et al. (2024). The authors of this study acknowledged that the inability to "account[] for mental health problems prior to conversion practice exposure" is "a potential threat to the validity of studies examining the conversion practice-mental health relationship," including their study. (Tran, 2024, Appendix p. 2.) In a supplemental analysis, the authors statistically modeled the effect that a control measure for pre-existing suicidality would have on their results, finding that, within the statistical margin of error, it reduced the observed relationship between SOCE and suicidality to zero. (Tran, 2024, Appendix p. 9, Supplemental Table 4.) This finding confirms that, as in Blosnich et al.'s (2020) study, the apparent association between sexual orientation therapy and subsequent

suicidality in this study was spurious, due to ignoring the presence of substantial suicidality prior to participating in SOCE.

128)     The idea that suicidality may lead to participation in sexual reorientation therapy rather than the other way around has also been corroborated by a recent study of post-SOCE suicide risk among LGB persons in Korea. Like Blosnich et al. (2020), Lee et al. (2021) found an elevated risk of lifetime suicidality among persons exposed to SOCE in a sample of over 2,000 sexual minority Koreans. However, they also found that the elevated risk of suicidality was the same, within limits of statistical uncertainty, for persons who had been advised to undergo SOCE but had not done so. (p. 430, Table 2.) Since those who did not undergo SOCE had the same elevated risk as those who had undergone it, this finding is not consistent with the idea that SOCE caused the higher suicidality but is consistent with the idea that prior higher suicidality may have prompted both the referrals and the SOCE attempts.

129)     All of the SOCE-critical studies discussed in this section also overstated harm from sexual reorientation therapy by restricting the sample to individuals who identified as sexual minority at the time of the survey, as critiqued above. None of them, moreover, employed a representative sample, whose results could be meaningfully extrapolated to the general population of sexual minority persons. Meanley et al. (2020) examined a clinical sample of 1,156 older men who have sex with men (MSMs) with AIDS. Salway et al. (2020) analyzed a large convenience sample (n = 8,388) of Canadian sexual minority men. Ryan et al. (2020) (cited at Haldeman 2025 ¶ 21) reported on a convenience sample of 254 sexual minority young adults.[3]

---

[3] Dr. Haldeman incorrectly characterizes Ryan et al.'s (2020) study as "population-based." (Haldeman, 2025 ¶ 21) In fact, this study is only based on a convenience sample of "[p]articipants …recruited from local bars, clubs, and community agencies that serve this [LGBT] population in a 100-mile radius of the research center." (p. 163) This set of data does not represent any population, even all LGBT persons, but only those who frequented such venues in one limited geographic area.

56

Green et al. (2020) surveyed LGBTQ-identified social media participants aged 13-24 recruited through advertisements on Instagram and Facebook. Tran et al. (2024) recruited sexual and gender minority participants through "social media, digital advertisements, and sexual and gender minority community-based events and organisations." (p. 881.) Despite these multiple issues that likely inflate the predicted risk of suicidality, the four 2020 studies together comprise the primary basis for the claim that SOCE increases suicidal risk in the APA's (2021) Resolution supporting SOCE bans.

130)     Green et al.'s (2020) sample design merits further mention. As already noted, this study excluded anyone who did not identify as LGBTQ and thus may have benefitted from change-allowing therapy, thereby structurally overstating harm. In this case, however, the authors went a step further to eliminate likely less suicidal change-allowing therapy participants from the sample. They reported that respondents "were excluded who responded no to the questions asking whether someone attempted to convince them to change their gender identity and whether someone attempted to convince them to change their sexual orientation but responded yes to having undergone "conversion or reparative therapy." (p. 1222) In this way, strikingly, the authors intentionally removed from their study all persons who had undergone voluntary non-coercive change-allowing therapy—the form of change-allowing therapy practiced by most therapists today—*precisely because* it had not been coercive. The APA (2021) and Dr. Haldeman (2025 ¶ 23) claim that this openly biased set of data presents accurate information about an association between therapy and suicide. It does not.

## V.     Research and publication on SOCE has been corrupted by pervasive and explicit ideological bias.

131)     In October of 2024, Dr. Johanna Olson-Kennedy, a leading advocate of the administration of puberty blockers and cross-sex hormones to minors, and lead Principal

57

Investigator in a multi-year, multi-million-dollar NIH-funded cohort study of the effect of puberty blockers on the mental health of children suffering from gender dysphoria, told *The New York Times*—apparently without embarrassment—that her team had withheld data obtained by that study from publication because it did *not* show mental health improvements, and she feared that that data would be "weaponized"—that is, used to argue against the treatments that she advocates. (Ghorayshi, 2024.) Unfortunately, Dr. Olson-Kennedy's unabashed manipulation of the published scientific record to serve ideological and political goals exemplifies the distorted and unreliable nature of the wider scientific evidence-base relevant to contentious "culture war" issues today.

132)     In the prior sections of my report, I have cited peer-reviewed publications sufficient to demonstrate that sexual orientation is, for many people, not immutable; that the Minority Stress Theory as an explanation for the poor average mental health of LGB individuals is unproven and contradicted by important evidence, and that there is considerable evidence of benefit, and little evidence of harm, from change-supporting therapy provided to willing patients in service of personal goals chosen by those patients. Nevertheless, as I have also noted, the majority of studies and publications in this area must be categorized as "SOCE-critical," seeking to contradict one or another of these points. Therefore, it is important for the court to understand how pervasively the available scientific record and ostensibly scientific voices have been compromised by ideology with respect to sexual orientation change and therapies that contemplate and support such change.

A.  The social science academy has become a self-policing "tribal moral community" that "distorts and undermines" objective science.

133)     In the past two decades careful independent research has presented evidence that the bias against ideas perceived as conservative or religious has undermined objective scientific

58

studies in most social science fields, and especially in psychology. Jonathan Haidt of New York University has documented, with concern, the "near-total absence of conservatives [in American social science academia]," which has "allowed a tribal moral community to develop in many fields. Those who don't share the same sacred [politically liberal] values must either hide, leave, or live stigmatized lives with stunted career prospects." (Haidt, 2011.)

134) Dr. Haidt is not wrong. Numerous examples of academics in the social sciences who have been subjected to penalties, denied tenure, or even removed from tenured positions after criticizing liberal orthodoxy could be given. Specific to this topic area, in 2016, two prominent doctors and researchers, Dr. Paul McHugh and Dr. Lawrence Mayer, published a review of the evidence (Mayer & McHugh, 2016) that challenged the ideas that sexual orientation is innate and immutable, and that the evidence for MST is conclusive. A firestorm of criticism from fellow academics followed, including a letter that denounced the review on the grounds that it "does not represent prevailing expert consensus opinion" (but without identifying a single error in that review's description of the published science) (Abern et al., 2017), and calls for their respective universities to terminate or discipline the authors. The Human Rights Campaign (HRC), an LGBT rights advocacy group, threatened to publicly denounce their employer, Johns Hopkins University, including its healthcare system, as unsafe for LGBT persons, if the University did not "immediately disassociate themselves from what the Human Rights Campaign (HRC) considers their transphobic findings." (Ennis 2016.) Dr. McHugh was the former director of the Department of Psychiatry and Behavioral Science at Johns Hopkins and psychiatrist-in-chief at Johns Hopkins Hospital, while Dr. Mayer (who holds both an MD and a PhD) is a research physician, epidemiologist and biostatistician who had held appointments at Johns Hopkins University, Ohio State University, The Mayo Clinic, Princeton, Stanford, and

the University of Michigan, among others. Junior or lesser academics could not help but be intimidated.

135)    The absence of conservatives in social science departments that Haidt found is not accidental. Inbar and Lammers (2012) asked a representative sample of 292 academic psychologists[4] and found that 66% said that they would choose a liberal over a conservative job candidate with equal qualifications. (p. 501, Table 2, results recalculated to show percentages by Jussim, 2020, p. 3.) The authors concluded that among psychologists, "Hostility toward and willingness to discriminate against conservatives is widespread."

136)    Similarly, Jussim (2012) identified fourteen mechanisms of liberal privilege in academic psychology that, he concluded, collectively result in liberal bias so great that it "distorts and undermines the objectivity and validity of the 'science' that social psychology and other social sciences ultimately produce." (p. 504.)

B. The scope of permissible research has been restricted to serve pre-determined policy goals.

137)    Research costs money and depends on funding. Inbar and Lammers (2012) similarly found that 77% of their academic psychologist sample stated that if a grant proposal took a "politically conservative perspective," that "would negatively influence" their decision as to whether to award the grant.. (pp. 500 and 501 Table 2, results recalculated to show percentages by Jussim, 2020, p. 3.) And indeed, in 2009 Jones and Yarhouse, introducing a study of sexual orientation change under treatment, noted that such studies had been common prior to the 1970s, but that "there has been a steady decline of such published studies in the last several decades as the professional political climate has made such research professionally threatening

---

[4] Over 97% of respondents were faculty, graduate students, or post-doctoral fellows. Inbar and Lammers (2012) Table 1.

[and] research funding and other support for such research has evaporated … ." (Jones & Yarhouse, 2009, p. 2.)

C. The published scientific record is further skewed by censorship at multiple levels.

138)     As Dr. Olson-Kennedy's actions and statements illustrate, if research is done which produces results that may support "conservative" conclusions or contradict the narrative or policy goals approved by the monolithic "tribal moral community" described by Professor Haidt, researchers may simply withhold those results from publication, whether because the researcher shares those "tribal" goals (as in the case of Dr. Olson-Kennedy), or for fear of living "stigmatized lives with stunted career prospects."

139)     Those who do attempt to publish narrative-contradicting scientific results then face the hurdle of unapologetic censorship through what is supposed to be a scientific, ideologically neutral, peer-review process. Again, 77% of surveyed academic psychologists stated that if an article supported a conservative perspective, that would negatively influence their decision as a peer reviewer as to whether to accept the paper for publication. (Inbar and Lammers 2012, p. 501, Table 2, results recalculated to show percentages by Jussim, 2020, p. 3.)

140)     Not even survival of peer review and actual publication ends the gauntlet of censorship. Instead, recent years have seen a drumbeat of ideologically motivated demands for "retraction" of peer-reviewed, published studies, and in some cases compliance by the publisher.

141)     Famously, in 2001, the eminent psychiatrist Robert Spitzer—hailed at his death as "the most influential psychiatrist of his time" (Frances, 2016)—published evidence that some persons reported successful SOCE-assisted change from homosexual to heterosexual orientation, identity, or behavior. (Published as Spitzer, 2003.) A furor of angry denunciation by LGBT activists followed (Hausman, 2001), and scholars accused study participants—without evidence—of exaggerating or lying. (Drescher & Zucker, 2006.) LGBT activists called for the

61

study to be retracted, asserting that the findings would be harmful to LGBT persons personally and politically. The paper was not retracted.

142)    A decade after the study was published, a gay activist visited Dr. Spitzer, now age 80 and suffering from Parkinson's (Dr. Spitzer died just three years later), at his home to talk about the study and his personal unhappy experience with SOCE. (Arana, 2012.) Dr. Spitzer, "afraid that the 2001 study [sic] would tarnish his legacy and perhaps hurt others" (Arana, 2012), published an apologetic letter rejecting his earlier conclusions, and asserting that there was "no way to determine" whether the study participants who reported successful change through SOCE were engaging in "self-deception or outright lying." (Spitzer, 2012.) Study participants reacted by vigorously and publicly rejecting the accusation that their survey responses had been false. (Armelli et al., 2012.) Because the data had not changed and the article's analysis had not been discredited, the journal refused to retract the article. (Arana, 2012.) While the ailing and elderly Dr. Spitzer did indeed issue an apology under pressure, Dr. Haldeman's attempt to suggest that Dr. Spitzer's data and findings have been factually discredited (Haldeman 2025 ¶ 17) is incorrect.

143)    In a prominent recent case, a widely published researcher, Professor Michael Bailey of the Northwestern University Department of Psychology, published a survey-based study of the recently reported phenomenon of "rapid onset gender dysphoria" among adolescents in a respected peer-reviewed journal. (Diaz & Bailey, 2023.) After an ideologically driven campaign demanding retraction of the article and the firing of the journal's editor-in-chief, and despite a letter signed by more than 2000 fellow academics, clinicians, and researchers opposing any such retraction, the publisher did retract the paper, ostensibly based on the authors' failure to meet precise wording requirements for participant consent forms never before applied by the

publisher against any other survey-based paper. No error or fraud in the data was ever alleged, and the paper has since been republished with minor changes in another peer-reviewed journal. (Bailey, 2023; Diaz & Bailey, 2023.)

144) I myself have undergone similar experiences. My peer-reviewed study showing that SOCE did not increase suicide (Sullins, 2022b) attracted calls for retraction, included one instigated by the same Dr. Lauren Beach who had organized the letter attacking Mayer and McHugh's review. (Rivera & Beach, 2022.) The asserted grounds for retraction were rebutted in an analysis that only strengthened the original findings. (Sullins, 2023.) Another commentary objected to the publication of my study as "egregiously problematic" and "unethical" because, *even if true*, the resulting scientific knowledge might impede political advances for LGBT causes. Evidence of success and benefits from therapy in support of changes in any aspect of sexual orientation, this commentary asserted, should not even be permitted to be discussed. (Strizzi & Di Nucci, 2022, p. 866.)

145) Again, while a respected and tenured (or retired!) professor such as Dr. Bailey, Dr. McHugh, and myself can survive ideologically based attacks and retractions, the risk is simply unbearable for graduate students and untenured junior faculty. This deters—probably as an intended result—research that might contradict ideologically driven narratives. This further biases the available science.

146) The eminent psychologist Nicholas Cummings, past APA president and recipient of the organization's Gold lifetime achievement award for contributions to psychological science, recounts in his co-edited volume "Destructive Trends in Mental Health: The Well-Intentioned Path to Harm," how the field of psychology became captured by political correctness which degraded treatment for persons with psychological struggles which did not fit the liberal

63

narrative. "Psychological practice is replete with examples in which political correctness has altered the treatment process, sometimes for the better but often for the worse ...." (Wright & Cummings, 2005, p. 13.)

147) Dr. Cummings' views on conversion therapy were informed by both his scientific research and his clinical experience with persons seeking therapeutic help for their experience of same-sex sexual attraction and/or homosexual or bisexual identity. For 21 years he was Chief Psychologist for the Kaiser Permanente health care system in San Francisco, California. In a sworn affidavit submitted in other litigation, Dr. Cummings reported that during that time "I personally saw over 2,000 patients with same-sex attraction, and my staff saw another 16,000. … Many of these patients sought therapy "to resolve relationship issues" or to "come to grips with their homosexual identity." But some "sought therapy … to change their homosexual orientation," and of these "hundreds were successful." … (Cummings, 2013, p. 5.) As Dr. Cummings reported elsewhere, of the approximately 16,000 patients who sought therapy to address their felt "conflicts over [their] homosexuality, two thirds were helped while one third "were not helped much." Of those for whom therapy was "successful," about 80% were helped to lead "saner" homosexual lives, while 20% were able successfully to reorient their sexual orientation. (Throckmorton, 2007.) These results contradict the hypotheses that sexual orientation is immutable, and that therapy that allows such change as a goal is deceptive and harmful.

148) Dr. Cummings' 2013 sworn affidavit concludes: "Attempting to characterize all sexual reorientation therapy as 'unethical' violates patient choice … Rather, it is unethical for a professional, or a professional organization like the APA, to prevent a patient from seeking help to change his or her sexual orientation if that is the psychotherapeutic treatment the patient

64

desires … . Accusing professionals who provide treatment for fully informed persons seeking to change their sexual orientation of perpetrating a fraud … serves only to stigmatize the professional and shame the patient." (Cummings, 2013.)

D. Pronouncements of professional associations, and particularly the APA, represent ideology rather than science.

149) Rather than discussing peer-reviewed scientific research, for the most part Dr. Haldeman relies on position statements of the American Psychological Association (APA). As I have noted above, Dr. Haldeman himself has explicitly recognized that the APA 2021 Resolution that he repeatedly cites does not address and has no application to modern voluntary and change-allowing therapeutic techniques. More fundamentally, multiple respected voices have recognized that in recent decades, the APA has become a voice for particular ideological positions, rather than for accurate and unbiased science.

150) In 2001, legal scholar Prof. Richard Redding observed: "Organized psychology's advocacy efforts have historically supported liberal political agendas, with the profession becoming increasingly politicized as APA's advocacy efforts have expanded. Table 1 presents the policy positions adopted by the APA Council of Representatives since 1990 reflecting political views on contentious social issues in the so-called culture wars. All are liberal. Many of these policies lack sufficient scientific foundation …." (Redding, 2001, p. 208.)

151) Elson et al. (2019), examining critiques of the scientific accuracy of several APA resolutions, observed that "policymakers and the general public may assume that such statements reach objective conclusions," but that is often not the case. "A common criticism," they note, is that "statements … cited only studies supporting a particular adopted narrative and failed to consider those that yielded conflicting evidence." As a result, such statements "tend to be more definitive than is warranted by the underlying science." (pp. 12-13.) Other critics (O'Donohue &

Dyslin, 1996) have warned: "By its failure to insist upon compelling evidence before making political positions [the APA] may be seen as a quasi-disguised political organization rather than as a scientific and professional organization." (p. 4.)

152)     In 2021, the prominent psychologist and scholar Christopher Ferguson, a former member of the APA's Council of Representatives, publicly resigned from the APA because of the organization's prioritization of ideology over science. His resignation letter, titled "The American Psychological Association no longer represents good science or clinical practice" (Ferguson, 2021) expressed the following concerns: "Within my own area of research, the APA has grossly distorted the evidence on [several controversial issues], where the nuances of a complicated and controversial field are flattened into a definitive but ideological stance. [Clinical guidelines] are not grounded in science and often conflict with scientific data. I worry that these policy statements may do actual harm to clients, … and may actually discourage many … from seeking treatment they could benefit from." "Ultimately, it is my perception … that the APA does not function either as a science or clinical organization. Rather, it appears to sway with the political currents … ."

153)     The APA's elevation of ideology over science perversely flows back to further distort the published "scientific" literature. It has become all too common in SOCE-critical studies to cite resolutions of the APA and other professional associations as evidence of a "consensus" that all forms of change-allowing therapy or support are harmful. This is, at best, out of place; at worst, it provides cover for assertions not actually established by a study's results. Policy statements are not scientific evidence. A premise of the scientific method is that truth is not based on authority but on evidence—and the recognition that evidence must be permitted to challenge pronouncements from authorities no matter how respected.

66

154)	The APA's bias against research that leaves room even for the *possibility* that some individuals may experience change in sexual orientation and benefit from therapy in support of that goal is a matter of explicit policy. In 1985 the APA's Committee on Lesbian, Gay and Bisexual Concerns ("LGB Concerns Committee") established a Task Force on Non-Homophobic Research, which produced detailed guidelines ("the Guidelines") on avoiding research determined to be "heterosexist," defined as "conceptualizing human experience in strictly heterosexual terms and consequently ignoring, invalidating, or derogating homosexual behaviors and sexual orientation, and lesbian, gay, and bisexual relationships and lifestyles." (Herek et al., 1991, p. 957.) The Task Force's Guidelines were published as a series of screening questions for research studies in the 1991 article "Avoiding Heterosexist Bias in Psychological Research." (Herek et al., 1991.) These guideline questions are displayed on the APA website (https://www.apa.org/pi/lgbt/resources/avoiding-bias), and their contents are vigorously enforced by the LGB Concerns Committee.

155)	By the definition above, the mere hypothesis that some persons may benefit from moving towards more heterosexual identity, behaviors, and/or relationships, rather than a homosexual identity and behaviors, is *prima facie* heterosexist. The notion that sexual orientation may change was also excluded by a terminology rule. In a concurrent document, an APA committee urged the use of the term "sexual orientation" rather than "sexual preference," since "[t]he word *preference* suggests a degree of voluntary choice that is not necessarily reported by lesbians and gay men and that has not been demonstrated in psychological research." (Committee on Lesbian and Gay Concerns, 1991, p. 973.) The Guidelines' position that a hypothesis that voluntary change is possible on one or more axes of sexual orientation must be *excluded from research* (and hence from testing) because a sense of "choice" has "not necessarily

Case 4:25-cv-00084-RK	Document 31-2	Filed 04/14/25	Page 71 of 83

[been] reported" by (unspecified) "lesbians and gay men" and "has not been demonstrated" is incompatible with science. Where propositions "have not necessarily been reported" and have "not been demonstrated," then science would seek to determine definitively whether or not they are true.

156)     Research that could look for benefit from therapies in support of desired change was not just implicitly excluded by these restrictions on theory and terminology, but was explicitly and emphatically prohibited: "Psychological research intended to prevent development of homosexual or bisexual identity, or to change or 'cure' a homosexual or bisexual orientation once it has developed, is [a] dramatic example of heterosexist bias." (Herek et al., p. 958.) The Guidelines add: "Aside from the general failure of conversion therapies in most cases, the ethics of such attempts are highly questionable." (p. 958.)

157)     With this 1991 policy the APA officially and pre-emptively took a position on several empirical questions related to SOCE that it was to declare, almost 20 years later, lacked sufficient research to be able to come to a scientific conclusion. In 1991, the APA asserted that SOCE was a "general failure . . . in most cases," (Herek et al., 1991, p. 958), but the APA's subsequent SOCE Task Force Report (2009) concluded that "research on SOCE . . . has not answered basic questions of whether it is safe or effective" (Glassgold et al., 2009, p. 90). Both of these statements cannot be true. If there was not enough research in 2009 to tell how often efforts to change any aspect of sexual orientation succeeded or failed, there emphatically could not have been enough research to tell in 1991.

158)    Since empirical support was lacking to make such a statement, we must conclude that in 1991 the APA was making a statement about the possibility of change and the beneficence of therapy in support of desired change based on ideology rather than science. Following the APA's imposition of that perspective on psychological research, it is no accident that since 1991 not a single study that did not take a strong SOCE-critical approach has been published in any APA journal. In this way, too, ideology has biased scientific research and the scientific record.

D. Paul Sullins, Ph.D.

April 9, 2025

# References

Abern, L., Abraham, S., Abrams, M., & Addison, S. (2017). *Open letter denouncing Mayer and McHugh report*.

Aggarwal, S., & Gerrets, R. (2014). Exploring a Dutch paradox: An ethnographic investigation of gay men's mental health. *Culture, Health & Sexuality*, *16*(2), 105–119. https://doi.org/10.1080/13691058.2013.841290

American Psychological Association. (2021, February). *Resolution on Sexual Orientation Change Efforts*. https://www.apa.org/about/policy/resolution-sexual-orientation-change-efforts.pdf

Andrade, C. (2021). The Inconvenient Truth About Convenience and Purposive Samples. *Indian Journal of Psychological Medicine*, *43*(1), 86–88. https://doi.org/10.1177/0253717620977000

APA Presidential Task Force Evidence-Based Practice. (2006). Evidence-Based Practice in Psychology. *The American Psychologist*, *61*(4), 271–285. https://doi.org/10.1037/0003-066X.61.4.271

Arana, G. (2012, April 11). *My So-Called Ex-Gay Life*. The American Prospect. https://prospect.org/api/content/bf4f83ba-3ec4-58ad-90a1-471886ef645f/

Armelli, J. A., Moose, E. L., Paulk, A., & Phelan, J. E. (2012). A response to Spitzer's (2012) reassessment of his 2003 study of reparative therapy of homosexuality. *Archives of Sexual Behavior*, 1–2.

Bailey, J. M. (1999). Homosexuality and mental illness. *Archives of General Psychiatry*, *56*(10), 883–884. https://doi.org/10.1001/archpsyc.56.10.883

Balsam, K. F., Beauchaine, T. P., Mickey, R. M., & Rothblum, E. D. (2005). Mental Health of Lesbian, Gay, Bisexual, and Heterosexual Siblings: Effects of Gender, Sexual Orientation, and Family. *Journal of Abnormal Psychology*, *114*(3), 471–476. https://doi.org/10.1037/0021-843X.114.3.471

Barnes, D. M., & Meyer, I. H. (2012). Religious Affiliation, Internalized Homophobia, and Mental Health in Lesbians, Gay Men, and Bisexuals. *American Journal of Orthopsychiatry*, *82*(4), 505–515. https://doi.org/10.1111/j.1939-0025.2012.01185.x

Beckstead, A. L., & Morrow, S. L. (2004). Mormon clients' experiences of conversion therapy: The need for a new treatment approach. *The Counseling Psychologist*, *32*(5), 651–690.

Blosnich, J. R., Henderson, E. R., Coulter, R. W., Goldbach, J. T., & Meyer, I. H. (2020). Sexual orientation change efforts, adverse childhood experiences, and suicide ideation and attempt among sexual minority adults, United States, 2016–2018. *American Journal of Public Health*, *110*, 1024–1030. https://doi.org/10.2105/AJPH.2020.305637

Bostwick, W. B., Boyd, C. J., Hughes, T. L., West, B. T., & McCabe, S. E. (2014). Discrimination and mental health among lesbian, gay, and bisexual adults in the United States. *American Journal of Orthopsychiatry*, *84*(1), 35.

Case 4:25-cv-00084-RK    Document 31-2    Filed 04/14/25    Page 74 of 83

Bradburn, N. M., Rips, L. J., & Shevell, S. K. (1987). Answering Autobiographical Questions: The Impact of Memory and Inference on Surveys. *Science (American Association for the Advancement of Science)*, *236*(4798), 157–161. https://doi.org/10.1126/science.3563494

Bradshaw, K., Dehlin, J. P., Crowell, K. A., Galliher, R. V., & Bradshaw, W. S. (2015). Sexual orientation change efforts through psychotherapy for LGBQ individuals affiliated with the Church of Jesus Christ of Latter-day Saints. *Journal of Sex & Marital Therapy*, *41*(4), 391–412.

Calatrava, M., Sullins, D. P., & James, S. (2023). Sexual Identity–Behavior Discordant Heterosexuals in Britain: Findings from the National Survey of Sexual Attitudes and Lifestyle 2010–2012 (Natsal-3). *Sexes*, *4*(4), 601–621. https://doi.org/10.3390/sexes4040039

Campbell, D. T., & Fiske, D. W. (1959). Convergent and discriminant validation by the multitrait-multimethod matrix. *Psychological Bulletin*, *56*(2), 81–105. https://doi.org/10.1037/h0046016

Cochran, S. D., & Mays, V. M. (2000). Lifetime prevalence of suicide symptoms and affective disorders among men reporting same-sex sexual partners: Results from NHANES III. *American Journal of Public Health (1971)*, *90*(4), 573–578. https://doi.org/10.2105/AJPH.90.4.573

Cochran, S. D., & Mays, V. M. (2006). Estimating Prevalence of Mental and Substance-Using Disorders Among Lesbians and Gay Men From Existing National Health Data. In *Sexual orientation and mental health: Examining identity and development in lesbian, gay, and bisexual people.* (pp. 143–165). American Psychological Association. https://doi.org/10.1037/11261-007

Cummings, N. (2013, May 3). *Certification of Nicholas A. Cummings, Ph.D., Sc.D., Ferguson v. JONAH*. http://files.eqcf.org/cases/l-5473-12-21-cummings-certification/

Dehlin, J. P., Galliher, R. V., Bradshaw, W. S., Hyde, D. C., & Crowell, K. A. (2015). Sexual orientation change efforts among current or former LDS church members. *Journal of Counseling Psychology*, *62*(2), 95–105. https://doi.org/10.1037/cou0000011

Diamond, L. M., & Rosky, C. J. (2016). Scrutinizing immutability: Research on sexual orientation and US legal advocacy for sexual minorities. *The Journal of Sex Research*, *53*(4–5), 363–391. https://doi.org/10.1080/00224499.2016.1139665

Donaldson, S. I., Thomas, C. W., Graham, J. W., Au, J. G., & Hansen, W. B. (2000). Verifying drug abuse prevention program effects using reciprocal best friend reports. *Journal of Behavioral Medicine*, *23*, 585–601.

Drescher, J., & Zucker, K. J. (Eds.). (2006). Ex-Gay Research: Analyzing the Spitzer Study And Its Relation to Science, Religion, Politics, and Culture (1st edition). Harrington Park Press.

Elson, M., Ferguson, C. J., Gregerson, M., Hogg, J. L., Ivory, J., Klisanin, D., Markey, P. M., Nichols, D., Siddiqui, S., & Wilson, J. (2019). Do Policy Statements on Media Effects

Faithfully Represent the Science? *Advances in Methods and Practices in Psychological Science*, *2*(1), 12–25. https://doi.org/10.1177/2515245918811301

Ferguson, C. J. (2021, December 29). The American Psychological Association No Longer Represents Good Science or Clinical Practice: An…. *Medium*. https://medium.com/@cjfergus/the-american-psychological-association-no-longer-represents-good-science-or-clinical-practice-an-9fb967cab106

Fergusson DM, Horwood L, & Beautrais AL. (1999). IS sexual orientation related to mental health problems and suicidality in young people? *Archives of General Psychiatry*, *56*(10), 876–880. https://doi.org/10.1001/archpsyc.56.10.876

Frances, A. (2016). Robert Spitzer: The most influential psychiatrist of his time. *The Lancet Psychiatry*, *3*(2), 110–111. https://doi.org/10.1016/S2215-0366(16)00007-9

Frisell, T., Lichtenstein, P., Rahman, Q., & Långström, N. (2010). Psychiatric morbidity associated with same-sex sexual behaviour: Influence of minority stress and familial factors. *Psychological Medicine*, *40*(2), 315–324. https://doi.org/10.1017/S0033291709005996

Frost, D. M., & Meyer, I. H. (2023). Minority stress theory: Application, critique, and continued relevance. *Current Opinion in Psychology*, *51*, 101579.

Ganna, A., Verweij, K. J. H., Nivard, M. G., Maier, R., Wedow, R., Busch, A. S., Abdellaoui, A., Guo, S., Sathirapongsasuti, J. F., 23andMe Research Team, Lichtenstein, P., Lundström, S., Långström, N., Auton, A., Harris, K. M., Beecham, G. W., Martin, E. R., Sanders, A. R., Perry, J. R. B., … Zietsch, B. P. (2021). Response to Comment on "Large-scale GWAS reveals insights into the genetic architecture of same-sex sexual behavior." *Science*, *371*(6536), eaba5693. https://doi.org/10.1126/science.aba5693

Ganna, A., Verweij, K. J. H., Nivard, M. G., Maier, R., Wedow, R., Busch, A. S., Abdellaoui, A., Guo, S., Sathirapongsasuti, J. F., Lichtenstein, P., Lundström, S., Långström, N., Auton, A., Harris, K. M., Beecham, G. W., Martin, E. R., Sanders, A. R., Perry, J. R. B., Neale, B. M., & Zietsch, B. P. (2019). Large-scale GWAS reveals insights into the genetic architecture of same-sex sexual behavior. *Science*, *365*(6456), eaat7693. https://doi.org/10.1126/science.aat7693

Geary, R. S., Tanton, C., Erens, B., Clifton, S., Prah, P., Wellings, K., Mitchell, K. R., Datta, J., Gravningen, K., Fuller, E., Johnson, A. M., Sonnenberg, P., & Mercer, C. H. (2018). Sexual identity, attraction and behaviour in Britain: The implications of using different dimensions of sexual orientation to estimate the size of sexual minority populations and inform public health interventions. *PLOS ONE*, *13*(1), e0189607. https://doi.org/10.1371/journal.pone.0189607

Ghorayshi, A. (2024, October 23). U.S. Study on Puberty Blockers Goes Unpublished Because of Politics, Doctor Says. *The New York Times*. https://www.nytimes.com/2024/10/23/science/puberty-blockers-olson-kennedy.html

Ginicola, M. M., & Smith, C. (2011). The Church, the Closet, and the Couch: The Counselor's Role in Assisting Clients to Integrate Their Sexual Orientation and Religious Identity.

*Journal of LGBT Issues in Counseling*, 5(3–4), 304–326.
https://doi.org/10.1080/15538605.2011.632309

Glassgold, Drescher, J., Greene, B., Miller, R., Worthington, R., & Beckstead, A. L. (2009). *APA Task Force Report on Appropriate Therapeutic Responses to Sexual Orientation*.
https://doi.org/10.13140/RG.2.1.3075.8004

Glassgold, J. M. (2022). Research on sexual orientation change efforts: A summary. In D. C. Haldeman (Ed.), *The case against conversion "therapy": Evidence, ethics and alternatives* (pp. 17–50). American Psychological Association.

Gorman, B. K., Denney, J. T., Dowdy, H., & Medeiros, R. A. (2015). A New Piece of the Puzzle: Sexual Orientation, Gender, and Physical Health Status. *Demography*, 52(4), 1357–1382.

Green, A. E., Price-Feeney, M., Dorison, S. H., & Pick, C. J. (2020). Self-reported conversion efforts and suicidality among US LGBTQ youths and young adults, 2018. *American Journal of Public Health (1971)*, 110(8), 1221–1227.
https://doi.org/10.2105/AJPH.2020.305701

Haas, A. P., Eliason, M., Mays, V. M., Mathy, R. M., Cochran, S. D., D'Augelli, A. R., Silverman, M. M., Fisher, P. W., Hughes, T., Rosario, M., Russell, S. T., Malley, E., Reed, J., Litts, D. A., Haller, E., Sell, R. L., Remafedi, G., Bradford, J., Beautrais, A. L., … Clayton, P. J. (2011). Suicide and Suicide Risk in Lesbian, Gay, Bisexual, and Transgender Populations: Review and Recommendations. *Journal of Homosexuality*, 58(1), 10–51. https://doi.org/10.1080/00918369.2011.534038

Haidt, J. (2011, February 17). *Discrimination Hurts Real People « YourMorals.Org Moral Psychology Blog*. https://ymblog.jonathanhaidt.org/2011/02/discrimination-hurts-real-people/comment-page-1/

Haldeman, D. C. (Ed.). (2022). The case against conversion "therapy": Evidence, ethics, and alternatives. American Psychological Association.

Haldeman, D. C. (2024). A Counteroffensive Against Conversion Therapy in the Culture Wars. *Cognitive and Behavioral Practice*, 31(1), 10–14.
https://doi.org/10.1016/j.cbpra.2023.10.001

Hancock, K., & Haldeman, D. (2022). APA's guidelines for psychological practice with lesbian, gay, and bisexual clients and sexual orientation change efforts. In D. C. Haldeman (Ed.), *The case against conversion "therapy": Evidence, ethics and alternatives* (pp. 127–145). American Psychological Association.

Hausman, K. (2001). Furor Erupts Over Study On Sexual Orientation. *Psychiatric News*, 36(13), 20–34. https://doi.org/10.1176/pn.36.13.0020

Hendricks, M. (2022). Minority Stress and Change Efforts. In D. C. Haldeman (Ed.), *The case against conversion "therapy": Evidence, ethics and alternatives* (pp. 71–88). American Psychological Association.

Herek, G. M. (2009). Hate Crimes and Stigma-Related Experiences Among Sexual Minority Adults in the United States: Prevalence Estimates From a National Probability Sample.

*Journal of Interpersonal Violence*, *24*(1), 54–74.
https://doi.org/10.1177/0886260508316477

Herek, G. M., & Kimmel, D. C. (1991). Avoiding Heterosexist Bias in Psychological Research.
*The American Psychologist*, *46*(9), 957.

Herrell, R., Goldberg, J., True, W. R., Ramakrishnan, V., Lyons, M., Eisen, S., & Tsuang, M. T.
(1999). Sexual Orientation and Suicidality: A Co-twin Control Study in Adult Men.
*Archives of General Psychiatry*, *56*(10), 867–874.
https://doi.org/10.1001/archpsyc.56.10.867

Inbar, Y., & Lammers, J. (2012). Political Diversity in Social and Personality Psychology.
*Perspectives on Psychological Science*, *7*(5), 496–503.
https://doi.org/10.1177/1745691612448792

Institute of Medicine, Board on the Health of Select Populations, & Committee on Lesbian, G.
(2011). *The Health of Lesbian, Gay, Bisexual, and Transgender People: Building a
Foundation for Better Understanding* (1st ed.). National Academies Press.
https://doi.org/10.17226/13128

Jacobsen, J., & Wright, R. (2014). Mental Health Implications in Mormon Women's Experiences
With Same-Sex Attraction: A Qualitative Study. *The Counseling Psychologist*, *42*(5),
664–696. https://doi.org/10.1177/0011000014533204

Jones, S. L., & Yarhouse, M. A. (2009). Ex Gays? An Extended Longitudinal Study of Attempted
Religiously Mediated Change in Sexual Orientation. *AD Byrd (Chair), Sexual
Orientation and Faith Tradition: A Test of the Leona Tyler Principle. Symposium
Conducted at the American Psychological Association Annual Convention, Toronto,
Canada*. https://www.researchgate.net/profile/Mark-
Yarhouse/publication/242292984_Ex-
Gays_An_Extended_Longitudinal_Study_of_Attempted_Religiously_Mediated_Change
_in_Sexual_Orientation/links/0f3175388a438455a6000000/Ex-Gays-An-Extended-
Longitudinal-Study-of-Attempted-Religiously-Mediated-Change-in-Sexual-
Orientation.pdf

Jones, S. L., & Yarhouse, M. A. (2011). A longitudinal study of attempted religiously mediated
sexual orientation change. *Journal of Sex & Marital Therapy*, *37*(5), 404–427.
https://doi.org/10.1080/0092623X.2011.607052

Jussim, L. (2012). Liberal Privilege in Academic Psychology and the Social Sciences.
https://doi.org/10.1177/1745691612455205

Jussim, L. (2020). *Political Biases in Academia | Psychology Today*.
https://www.psychologytoday.com/us/blog/rabble-rouser/202005/political-biases-in-
academia

Karten, E. Y., & Wade, J. C. (2010). Sexual Orientation Change Efforts in Men: A Client
Perspective. *Journal of Men's Studies*, *18*(1), 84–102.
https://doi.org/10.3149/jms.1801.84

Case 4:25-cv-00084-RK    Document 31-2    Filed 04/14/25    Page 78 of 83

Kiekens, W. J., la Roi, C., & Dijkstra, J. K. (2021). Sexual Identity Disparities in Mental Health Among U.K. Adults, U.S. Adults, and U.S. Adolescents: Examining Heterogeneity by Race/Ethnicity. *Psychology of Sexual Orientation and Gender Diversity*, *8*(4), 407–419. https://doi.org/10.1037/sgd0000432

Laumann, E. O. (Ed.). (1994). The social organization of sexuality: Sexual practices in the United States. University of Chicago Press.

Lee, H., Streed, C. G., Yi, H., Choo, S., & Kim, S.-S. (2021). Sexual Orientation Change Efforts, Depressive Symptoms, and Suicidality Among Lesbian, Gay, and Bisexual Adults: A Cross-Sectional Study in South Korea. *LGBT Health*, *8*(6), 427–432. https://doi.org/10.1089/lgbt.2020.0501

Lefevor, G. T., Davis, E. B., Paiz, J. Y., & Smack, A. C. P. (2021). The Relationship Between Religiousness and Health Among Sexual Minorities: A Meta-Analysis. *Psychological Bulletin*, *147*(7), 647–666. https://doi.org/10.1037/bul0000321

Lewis, N. M. (2009). Mental health in sexual minorities: Recent indicators, trends, and their relationships to place in North America and Europe. *Health & Place*, *15*(4), 1029–1045.

Liu, R. T., & Alloy, L. B. (2010). Stress generation in depression: A systematic review of the empirical literature and recommendations for future study. *Clinical Psychology Review*, *30*(5), 582–593. https://doi.org/10.1016/j.cpr.2010.04.010

Mayer, L. S., & McHugh, P. R. (2016). Sexuality and gender: Findings from the biological, psychological, and social sciences. *The New Atlantis*, 10–143.

Mays, V. M., & Cochran, S. D. (2001). Mental Health Correlates of Perceived Discrimination Among Lesbian, Gay, and Bisexual Adults in the United States. *American Journal of Public Health (1971)*, *91*(11), 1869–1876. https://doi.org/10.2105/AJPH.91.11.1869

McCabe, S. E., Bostwick, W. B., Hughes, T. L., West, B. T., & Boyd, C. J. (2010). The Relationship Between Discrimination and Substance Use Disorders Among Lesbian, Gay, and Bisexual Adults in the United States. *American Journal of Public Health*, *100*(10), 1946–1952. https://doi.org/10.2105/AJPH.2009.163147

Meanley, S., Haberlen, S. A., Okafor, C. N., Brown, A., Brennan-Ing, M., Ware, D., Egan, J. E., Teplin, L. A., Bolan, R. K., & Friedman, M. R. (2020). Lifetime exposure to conversion therapy and psychosocial health among midlife and older adult men who have sex with men. *The Gerontologist*, *60*(7), 1291–1302.

Meyer, I. H. (1995). Minority stress and mental health in gay men. *Journal of Health and Social Behavior*, 38–56.

Meyer, I. H. (2003). Prejudice, Social Stress, and Mental Health in Lesbian, Gay, and Bisexual Populations: Conceptual Issues and Research Evidence. *Psychological Bulletin*, *129*(5), 674–697. https://doi.org/10.1037/0033-2909.129.5.674

Meyer, I. H. (2020). Generations: A study of the life and health of LGB people in a changing society, United States, 2016-2019. [ICPSR Codebook for Generations Waves 1 and 2

Case 4:25-cv-00084-RK    Document 31-2    Filed 04/14/25    Page 79 of 83

Merged Public-Use Data] (Version v1) [Dataset]. Inter-University Consortium for Political and Social Research. https://doi.org/10.3886/ICPSR37166.V1

Meyer, I. H., Russell, S. T., Hammack, P. L., Frost, D. M., & Wilson, B. D. (2021). Minority stress, distress, and suicide attempts in three cohorts of sexual minority adults: A US probability sample. *PLoS ONE*, *16*(3), e0246827. https://doi.org/10.1371/journal.pone.0246827

O'Donohue, W., & Dyslin, C. (1996). Abortion, boxing and zionism: Politics and the APA. *New Ideas in Psychology*, *14*(1), 1–10. https://doi.org/10.1016/0732-118X(95)00025-C

Ott, M. Q., Corliss, H. L., Wypij, D., Rosario, M., & Austin, S. B. (2011). Stability and change in self-reported sexual orientation identity in young people: Application of mobility metrics. *Archives of Sexual Behavior*, *40*(3), 519–532.

Paul, J. P., Catania, J., Pollack, L., Moskowitz, J., Canchola, J., Mills, T., Binson, D., & Stall, R. (2002). Suicide Attempts Among Gay and Bisexual Men: Lifetime Prevalence and Antecedents. *American Journal of Public Health (1971)*, *92*(8), 1338–1345. https://doi.org/10.2105/AJPH.92.8.1338

Pela, C., & Sutton, P. (2021). Sexual attraction fluidity and well-being in men: A therapeutic outcome study. *Journal of Human Sexuality*, *12*. https://www.journalofhumansexuality.com/_files/ugd/ec16e9_d0708a0dc82e4da78e0258eb96dc1467.pdf

Pew Research Center. (2019, October 17). *In U.S., church attendance is declining: Detailed Tables*. https://www.pewforum.org/wp-content/uploads/sites/7/2019/10/PF_10.17.19_rdd_update-00-018.png

Redding, R. (2005). Sociopolitical Diversity in Psychology: The Case of Pluralism. In R. Wright & N. A. Cummings (Eds.), *Destructive trends in mental health: The well-intentioned path to harm* (pp. 303–318). Routledge.

Rivera, A. S., & Beach, L. B. (2022). Unaddressed sources of bias lead to biased conclusions about sexual orientation change efforts and suicidality in sexual minority individuals [commentary]. *Archives of Sexual Behavior*. https://doi.org/10.1007/s10508-022-02498-y

Rosik, C. H. (2022). A wake-up call for the field of sexual orientation change efforts research: Comment on Sullins (2022) [commentary]. *Archives of Sexual Behavior*. https://doi.org/10.1007/s10508-022-02481-7

Rosik, C. H., Lefevor, G. T., & Beckstead, A. L. (2023). Sexual minorities responding to sexual orientation distress: Examining 33 methods and the effects of sexual identity labeling and theological viewpoint. *Spirituality in Clinical Practice*, *10*(3), 245.

Ryan, C., Toomey, R. B., Diaz, R. M., & Russell, S. T. (2020). Parent-initiated sexual orientation change efforts with LGBT adolescents: Implications for young adult mental health and adjustment. *Journal of Homosexuality*, *67*(2), 159–173.

Salway, T., Ferlatte, O., Gesink, D., & Lachowsky, N. J. (2020). Prevalence of exposure to sexual orientation change efforts and associated sociodemographic characteristics and

76

psychosocial health outcomes among Canadian sexual minority men. *Canadian Journal of Psychiatry*, *65*(7), 502–509.

Sandfort, T. G. M., de Graaf, R., Bijl, R. V., & Schnabel, P. (2001). Same-Sex Sexual Behavior and Psychiatric Disorders: Findings From the Netherlands Mental Health Survey and Incidence Study (NEMESIS). *Archives of General Psychiatry*, *58*(1), 85–91. https://doi.org/10.1001/archpsyc.58.1.85

Sandfort, T. G. M., de Graaf, R., ten Have, M., Ransome, Y., & Schnabel, P. (2014). Same-sex sexuality and psychiatric disorders in the second Netherlands Mental Health Survey and Incidence Study (NEMESIS-2). *LGBT Health*, *1*(4), 292–301.

Savin-Williams, R. C. (2001). Suicide attempts among sexual-minority youths: Population and measurement issues. *Journal of Consulting and Clinical Psychology*, *69*(6), 983–991. https://doi.org/10.1037/0022-006X.69.6.983

Savin-Williams, R. C., Joyner, K., & Rieger, G. (2012). Prevalence and Stability of Self-Reported Sexual Orientation Identity During Young Adulthood. *Archives of Sexual Behavior*, *41*(1), 103–110. https://doi.org/10.1007/s10508-012-9913-y

Savin-Williams, R. C., & Vrangalova, Z. (2013). Mostly heterosexual as a distinct sexual orientation group: A systematic review of the empirical evidence. *Developmental Review*, *33*(1), 58–88. https://doi.org/10.1016/j.dr.2013.01.001

Shidlo, A., & Schroeder, M. (2002). Changing sexual orientation: A consumers' report. *Professional Psychology: Research and Practice*, *33*(3), 249–259. https://doi.org/10.1037/0735-7028.33.3.249

Silva, T., & Fetner, T. (2022). Sexual Identity-Behavior Discordance in Canada. *The Canadian Review of Sociology*, *59*(2), 156–180. https://doi.org/10.1111/cars.12372

Spitzer, R. L. (2003a). Can some gay men and lesbians change their sexual orientation? 200 participants reporting a change from homosexual to heterosexual orientation. *Archives of Sexual Behavior*, *32*(5), 403–417.

Spitzer, R. L. (2003b). Can some gay men and lesbians change their sexual orientation? 200 participants reporting a change from homosexual to heterosexual orientation. *Archives of Sexual Behavior*, *32*(5), 403–417. https://doi.org/10.1023/A:1025647527010

Stone, A. A., Bachrach, C. A., Jobe, J. B., Kurtzman, H. S., & Cain, V. S. (1999). *The Science of Self-report: Implications for Research and Practice*. Psychology Press.

Strizzi, J. M., & Di Nucci, E. (2022). Ethical and human rights concerns of sexual orientation change efforts: Commentary on Sullins (2022) [commentary]. *Archives of Sexual Behavior*, 865–867. https://doi.org/10.1007/s10508-022-02446-w

Strutz, K. L., Herring, A. H., & Halpern, C. T. (2015). Health Disparities Among Young Adult Sexual Minorities in the U.S. *American Journal of Preventive Medicine*, *48*(1), 76–88. https://doi.org/10.1016/j.amepre.2014.07.038

Case 4:25-cv-00084-RK    Document 31-2    Filed 04/14/25    Page 81 of 83

Sullins, D. P. (2022a). Absence of behavioral harm following non-efficacious sexual orientation change efforts: A retrospective study of United States sexual minority adults, 2016–2018. *Frontiers in Psychology*, *13*. https://doi.org/10.3389/fpsyg.2022.823647

Sullins, D. P. (2022b). Sexual orientation change efforts do not increase suicide: Correcting a false research narrative. *Archives of Sexual Behavior*, *51*(7), 3377–3393. https://doi.org/10.1007/s10508-022-02408-2

Sullins, D. P. (2023). Critiques Strengthen and Improve the Original Findings: Rejoinder to Commentaries on Sullins (2022b). *Archives of Sexual Behavior*, *52*(3), 889–899. https://doi.org/10.1007/s10508-023-02566-x

Sullins, D. P. (2024). What Sexual Orientation Change Efforts Change: Evidence From a United States Sample of 72 Exposed Men. *Cureus*, *16*(9). https://doi.org/10.7759/cureus.68854

Sullins, D. P., Rosik, C. H., & Santero, P. (2021). Efficacy and risk of sexual orientation change efforts: A retrospective analysis of 125 exposed men. *F1000Research*, *10*, 222. https://doi.org/10.12688/f1000research.51209.1

Sullins, P. (2019). "Born That Way" No More: The New Science of Sexual Orientation. *Public Discourse*. https://www.thepublicdiscourse.com/2019/09/57342/

Thomeer, M., Umberson, D., & Williams, K. (2013). Family Status and Mental Health: Recent Advances and Future Directions. In *Handbook of the Sociology of Mental Health* (pp. 405–431). Springer Netherlands. https://doi.org/10.1007/978-94-007-4276-5_20

Throckmorton, W. (2007, March 15). Homosexuality and Psychotherapy: An Interview with Dr. Nicholas Cummings. The Institute for Faith and Freedom. https://www.faithandfreedom.com/homosexuality-and-psychotherapy-an-interview-with-dr-nicholas-cummings/

Tran, N. K., Lett, E., Cassese, B., Streed, C. G., Kinitz, D. J., Ingram, S., Sprague, K., Dastur, Z., Lubensky, M. E., Flentje, A., Obedin-Maliver, J., & Lunn, M. R. (2024). Conversion practice recall and mental health symptoms in sexual and gender minority adults in the USA: A cross-sectional study. *The Lancet Psychiatry*, *11*(11), 879–889. https://doi.org/10.1016/S2215-0366(24)00251-7

Vrangalova, Z., & Savin-Williams, R. C. (2014). Psychological and Physical Health of Mostly Heterosexuals: A Systematic Review. *The Journal of Sex Research*, *51*(4), 410–445. https://doi.org/10.1080/00224499.2014.883589

Waite, L., & Gallagher, M. (2002). The Case for Marriage: Why Married People Are Happier, Healthier and Better off Financially (1st ed.). The Crown Publishing Group.

Wolf, J. K. (2021). *Health Disparities by Sexual Orientation Components in the United States* [West Virginia University]. https://researchrepository.wvu.edu/etd/8132

Wolff, M., Wells, B., Ventura-DiPersia, C., Renson, A., & Grov, C. (2017). Measuring Sexual Orientation: A Review and Critique of U.S. Data Collection Efforts and Implications for Health Policy. *The Journal of Sex Research*, *54*(4–5), 507–531. https://doi.org/10.1080/00224499.2016.1255872

Case 4:25-cv-00084-RK    Document 31-2    Filed 04/14/25    Page 82 of 83

Zietsch, B. P., Verweij, K. J. H., Heath, A. C., Madden, P. A. F., Martin, N. G., Nelson, E. C., & Lynskey, M. T. (2012). Do shared etiological factors contribute to the relationship between sexual orientation and depression? *Psychological Medicine*, *42*(3), 521–532. https://doi.org/10.1017/S0033291711001577

Zucker, K. J., Lawrence, A. A., & Kreukels, B. P. C. (2016). Gender Dysphoria in Adults. *Annual Review of Clinical Psychology*, *12*(1), 217–247. https://doi.org/10.1146/annurev-clinpsy-021815-093034