# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

| | |
|---|---|
| Wyatt Bury, LLC, et al., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>State of Missouri ex rel. Missouri Attorney )<br>General Andrew Bailey, et al., )<br>)<br>Defendants. | No. 4:25-cv-00084-RK |

## RULE 16 ORDER

Pursuant to Rule 16 of the Federal Rules of Civil Procedure, the Court orders as follows:

1. **RULE 26(f) CONFERENCE DEADLINE:** The parties' conference under Fed. R. Civ. P. 26(f) shall take place on or before August 14, 2025.

2. **PROPOSED SCHEDULING ORDER DEADLINE:** Within 14 days of the parties' Rule 26(f) conference, parties must jointly submit a proposed scheduling order utilizing the form provided in Word Format on the Court's web page at http://www.mow.uscourts.gov/judges/ketchmark (Exhibit A). Parties shall therefore file a proposed scheduling order on or before August 28, 2025.

   Upon receipt of the parties' proposed scheduling order, the Court will generally issue a scheduling order without holding a scheduling hearing.

3. **MEDIATION:** Mediation pursuant to the Mediation and Assessment Program (MAP) shall occur within seventy-five (75) days of the Rule 26(f) conference. Cases assigned to an outside mediator shall file the designation of mediator within fourteen (14) days after the Rule 26(f) conference.

4. **THE COURT'S WEB PAGE:** The following procedures for practicing before Judge Ketchmark can be found on the Court's web page at http://www.mow.uscourts.gov/judges/ketchmark: Rule 16 Order, Discovery Dispute Protocol, Oral Argument Permitted for New Lawyers Policy, Courtroom Procedures and Decorum Policy, and Model Jury Instructions.

5. **EXTENSION REQUESTS:** All motions for extension of time must state: (a) the date when the action is/was due; (b) the number and length of the previous extension(s); (c) the cause for the requested extension; and (d) whether or not the requested extension is opposed (agreement by counsel of a requested extension is not binding on the Court).

**IT IS SO ORDERED.**

                                                         s/ Roseann A. Ketchmark
                                                         ROSEANN A. KETCHMARK, JUDGE
                                                         UNITED STATES DISTRICT COURT

DATED: July 15, 2025

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
DIVISION

|           |   |     |
|-----------|---|-----|
| Plaintiff, | ) |     |
| v.        | ) | No. |
| Defendant. | ) |     |

**SCHEDULING AND TRIAL ORDER**

**[JURY/BENCH] TRIAL**

Pursuant to Rules 16(b) and 26(f) of the Federal Rules of Civil Procedure, and upon consideration of the parties' views in the matter, the following schedule is hereby established:

I. **DISCOVERY PLAN AND SCHEDULING DEADLINES**

| Discovery Plan and Scheduling | Guidelines | Deadlines |
|---|---|---|
| Joinder of Parties | 30 days before discovery deadline | |
| Amendment of Pleadings | 30 days before discovery deadline | |
| Plaintiff Expert Designation | 60 days before discovery deadline | |
| Defendant Expert Designation | 30 days after Plaintiff Expert deadline | |
| Rebuttal Expert Designation | 14 days before discovery deadline | |
| Discovery Dispute Motions | At least 14 days before discovery deadline | |
| Completion of Discovery (both fact and expert discovery) | 180 days from this proposed order (Local Rule 26.1(c)2) | |
| Dispositive Motions | 30 days after discovery deadline | |

EXHIBIT A

## II. COURT CONFERENCES AND TRIAL DATE

| Court Setting | Guidelines | Date | Time |
|---|---|---|---|
| Court Status Conference Date | 30 days before discovery deadline | | |
| Initial Pretrial Conference Date | 30 days before trial | | |
| Final Pretrial Conference Date | Thursday or Friday before trial | | |
| Trial Date | 150 days from dispositive motion deadline | | 8:30 a.m. |

## III. PRETRIAL AND TRIAL FILING DEADLINES

| Pretrial and Trial Documents | Deadlines |
|---|---|
| Motions in Limine | 14 days prior to initial pretrial conference |
| Responses to Motions in Limine | 7 days prior to initial pretrial conference |
| Deposition Designations | 14 days prior to initial pretrial conference (Fed. R. Civ. P. 26(a)(3)) |
| Objections to Deposition Designations | 10 days prior to initial pretrial conference |
| Cross-Exam Deposition Designations | 10 days prior to initial pretrial conference |
| Objections to Cross-Exam Deposition Designations | 7 days prior to initial pretrial conference |
| Stipulation of Uncontroverted Facts | 3 days prior to initial pretrial conference (Local Rule 40.1) |
| Stipulation of Admissibility of Evidence | 3 days prior to initial pretrial conference |
| Witness List | 3 days prior to initial pretrial conference (Fed. R. Civ. P. 26(a)(3)) |
| Exhibit List | 3 days prior to initial pretrial conference (Fed. R. Civ. P. 26(a)(3)) |
| Jury Instructions (if jury trial) | 14 days prior to trial (Local Rule 40.1 and 51.1) |
| Trial Briefs | 5 days prior to trial (Fed. R. Civ. P. 26(a)(3)) |
| Voir Dire (if jury trial) | 5 days prior to trial (Fed. R. Civ. P. 26(a)(3)) |

### III. CHAMBERS' PROTOCOL

**1.     COURT CONFERENCES.**  (*See* Section II above).  Generally, conferences in Western and St. Joseph Division cases are held at the U.S. District Courthouse in Kansas City, Missouri.  Conferences in cases pending in all other divisions (Central, Southern, and Southwestern) are generally held via telephone.

**2.     DISCOVERY DISPUTES.**  Any discovery motion filed without complying with Local Rule 37.1 will be denied.  In the event that a teleconference is needed, contact the Court at (816) 512-5110.  Parties are to utilize the discovery dispute protocol on the Court's web page at www.mow.uscourts.gov/judges/ketchmark.

**3.     EXPERT WITNESSES.**  Expert witnesses include retained experts as well as fact witnesses from whom expert opinions will be elicited at trial.

For expert witnesses identified in Fed. R. Civ. P. 26(a)(2)(B), the designation shall include an affidavit, containing the disclosures required in Fed. R. Civ. P. 26(a)(2)(B)(i)-(vi).  Expert witnesses may testify only as to matters contained in the affidavit described above unless leave of Court is granted upon good cause shown.  If a treating physician will testify beyond the treatment they provided, they shall also provide an affidavit containing the disclosures required in Fed. R. Civ. P. 26(a)(2)(B)(i)-(vi).

However, if a treating physician will testify only as to treatment they provided, the requirements of this section may be satisfied by providing a copy of all the treating physician's files, records and notes relating to the treating physician's patient to the opposing party. For the purpose of this paragraph, a "treating physician" is a doctor (including psychiatrist, dentist or other practitioner of the healing arts) retained by a party prior to retaining counsel in this matter.

**4.     COMPLETION OF DISCOVERY.**  All discovery requests and depositions shall be submitted and/or scheduled prior to the deadline for completion of discovery, and shall allow sufficient time for completion within the time specified by the Federal Rules of Civil Procedure, the Local Rules, and/or orders of this Court.

**5.     SUMMARY JUDGMENT MOTIONS.**  All motions for summary judgment shall comply with Local Rules 7.0 and 56.1.  The response and reply shall set forth (restate) each statement of fact, and additional statement of fact, utilizing the original paragraph number immediately before admitting or denying factual statements.

**IT IS SO ORDERED.**