UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| **Wyatt Bury, LLC, Ballpark Investments LLC d/b/a Hope and Healing Counseling, Wyatt Bury,** and **Pamela Eisenreich,**<br><br>Plaintiffs,<br><br>v.<br><br>**City of Kansas City, Missouri** and **Jackson County, Missouri,**<br><br>Defendants. | Case No. 4:25-cv-00084-RK<br><br>**Notice of Appeal** |

    Plaintiffs, Wyatt Bury, LLC, Ballpark Investments LLC d/b/a Hope and Healing Counseling, Wyatt Bury, and Pamela Eisenreich, appeal to the United States Court of Appeals for the Eighth Circuit from those portions of the Order entered on July 10, 2025 (ECF No. 48) denying Plaintiffs' preliminary-injunction motion and granting Defendants' motion to dismiss.

Respectfully submitted this 7th day of August, 2025.

|  |  |
|---|---|
|  | By: *s/ Bryan D. Neihart* |
| Michael K. Whitehead | Bryan D. Neihart* |
| Missouri Bar No. 24997 | Arizona Bar No. 035937 |
| **Whitehead Law Firm, LLC** | Jonathan A. Scruggs* |
| 229 S.E. Douglas Street, Suite 210 | Arizona Bar No. 030505 |
| Lee's Summit, Missouri 64063 | Henry W. Frampton, IV* |
| (816) 210-4449 | South Carolina Bar No. 75314 |
| (816) 875-3291 Fax | **Alliance Defending Freedom** |
| Mike@TheWhiteheadFirm.com | 15100 N. 90th Street |
|  | Scottsdale, Arizona 85260 |
| Jonathan R. Whitehead | (480) 444-0020 |
| Missouri Bar No. 56848 | (480) 444-0028 Fax |
| **Law Offices of Jonathan R. Whitehead, LLC** | bneihart@ADFlegal.org |
|  | jscruggs@ADFlegal.org |
| 229 S.E. Douglas Street, Suite 210 | hframpton@ADFlegal.org |
| Lee's Summit, Missouri 64063 |  |
| (816) 398-8305 |  |
| (816) 278-9131 Fax |  |
| Jon@WhiteheadLawLLC.com |  |

*\*Admitted Pro Hac Vice*

*Attorneys for Plaintiffs*

## Certificate of Service

I hereby certify that on the 7th day of August, 2025, I electronically filed the foregoing document with the Clerk of Court using the ECF system, which automatically sends an electronic notification to all counsel of record.

> By: *s/ Bryan D. Neihart*
> Bryan D. Neihart
> Arizona Bar No. 035937
> **Alliance Defending Freedom**
> 15100 N. 90th Street
> Scottsdale, Arizona 85260
> (480) 444-0020
> (480) 444-0028 Fax
> bneihart@ADFlegal.org
>
> *Attorney for Plaintiffs*